Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO | Case No.: 2:23-CV-00580 |
| Plaintiff, | **MOTION BY PRO SE LITIGANT TO OBTAIN ELECTRONIC-CASE FILING RIGHTS PURSUANT TO L.R. IC 2-1(b)** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. | |
| Defendants. | |

As a party in the above-captioned matter, I, Jose DeCastro, respectfully request permission from this Court to participate in electronic case filing (e-filing) in this case. I hereby affirm that:

    1. I have reviewed the requirements for e-filing and agree to abide by them.
    2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.
    3. I have access to the technical requirements to e-file successfully.
    4. I understand that permission to file electronically may be revoked at any time.

DATED: April 18, 2023                                  Respectfully submitted,

                                                                           Jose DeCastro
                                                                           *Pro Se* Plaintiff