# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Apr 17, 2023 4:04PM

Jose DeCastro

| Rcpt. No: 200003606 | | Trans. Date: Apr 17, 2023 4:04PM | | | Cashier ID: #KF |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $402.00 |
| | | Total Due Prior to Payment: | $402.00 |
| | | Total Tendered: | $402.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments:** 2:23-cv-00580-APG-EJY

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.