UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00580-APG-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion by Pro Se Litigant to Obtain Electronic-Case Filing Rights Pursuant to L.R. IC 2-1(b).  ECF No. 1.  The Court grants Plaintiff's request under Local Rule IC 2-1(b) stating that a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion by Pro Se Litigant to Obtain Electronic-Case Filing Rights Pursuant to L.R. IC 2-1(b) (ECF No. 1) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service of Documents on or before **May 18, 2023** to the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same.  Plaintiff is not authorized to file electronically until the Consent form is submitted within the time frame specified.  Upon timely submitting the Consent form, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 18th day of April, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE