AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-00580-APG-EJY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Las Vegas Metropolitan Police Department**
was recieved by me on  **4/24/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **they refused**, who is designated by law to accept service of process on behalf of **Las Vegas Metropolitan Police Department** at **400 S. Martin Luther King Blvd., Las Vegas, NV 89106** on **04/28/2023 at 9:28 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  04/28/2023

_____
*Server's signature*

**Theresa Agustin**
*Printed name and title*

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to they refused who identified themselves as the employee. The individual tried to refuse service by refusing to take documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a gray-haired white female contact over 65 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**



Tracking #: **0105559873**

