Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>    Defendants. | Case No.: 2:23-CV-00580<br><br>**MOTION FOR EARLY DISCOVERY, EXTENSION OF TIME TO SERVE SUMMONS, AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Jose DeCastro ("Plaintiff"), hereby moves this Honorable Court to grant this motion for early discovery required to name Defendants, for an extension of time for Plaintiff to serve summons once named, and for leave for Plaintiff to amend its Complaint with the Defendants' true names, pursuant to Fed. R. Civ. P. 1, 6, 15, 16, and 26.

In support of this motion, Plaintiff submits a memorandum of law, which is fully incorporated herein.

## FACTS

Plaintiff has visited the offices of Defendant Las Vegas Metropolitan Police Department ("LVMPD") on multiple occasions, has made several telephone calls to LVMPD, has opened an

1

internal affairs complaint with LVMPD, and has filed public records requests with LVMPD for the true names of all officers involved in Plaintiff's complaint.

To this date, Plaintiff has only received refusals from LVMPD to provide the true names of the officers that responded to the incident that is the principal cause of this action.

Plaintiff will be unable to serve Defendants until it has their true names and addresses.

LVMPD has the Defendant police officers' true names and addresses.

**POINTS AND AUTHORITIES**

Fed. R. Civ. P. 26(1)(A)(i) requires that the Defendants provide "the name, and if known, the address and telephone number of each individual likely to have discoverable information", very soon anyway.

Fed. R. Civ. P. 1 allows for the Court to make orders to ensure the speedy and inexpensive determination of every action and proceeding.

Fed. R. Civ. P. 6 allows for the Court to make, for good cause, orders extending the time that an act must be done.

Fed. R. Civ. P. 15 allows a party to amend its complaint with leave of the Court and that the court should freely give leave when justice so requires.

Fed. R. Civ. P. 16 sets up the foundation for the Court's powers to control the pretrial phases of complex litigation, including directing the parties in expediting the disposition of the action, discouraging wasteful pretrial activities, and improving the quality of the trial.

Plaintiff's motion for early disclosure should be granted because the court would benefit, Defendants would not be prejudiced because they are required to provide this information very early in the action anyway, Plaintiff would incur substantial financial hardship without such early disclosure, and the disclosure would not violate any attorney-work product privilege. Such early

disclosure furthers the purposes of the Rules cited above. Although Plaintiff could not find a similar case in this circuit, courts have found in favor of similar early disclosure. See *Resolution Tr. Corp. v. Heiserman*, 151 F.R.D. 367 (D. Colo. 1993).

Plaintiff's motion for the extension of time to serve summons under Fed. R. Civ. P. 4 should be granted because Plaintiff has been diligent, Defendants have withheld the true names, and Plaintiff will need 90 days to serve Defendants once they are named. This Court has the authority to extend this time under the Rules cited above since this is for good cause.

Plaintiff's motion to amend its complaint under Fed. R.Civ. P. 15 solely to use the Defendant's true names should be granted for the same good cause and in the interest of justice under the Rules cited above. Plaintiff is unable to include the amended pleading due to not yet having the true names. It will be the most expedient to amend the complaint with true names before beginning service of process.

## CONCLUSION

Plaintiff prays for this Court to grant an order or orders for:

1. Defendants to provide a list to Plaintiff of the full names and addresses of all named Defendants.

2. Extending the time for Plaintiff to serve summons to 90 days after it receives the above list of full names and addresses of all named Defendants.

3. Leave for Plaintiff to file a First Amended Complaint solely to replace named defendants with their true names.

## DECLARATION

I declare under penalty of perjury, that the foregoing is true and correct.

DATED: April 28, 2023                              Respectfully submitted,

                                                   _____
                                                   Jose DeCastro
                                                   *Pro Se* Plaintiff