Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO | Case No.: 2:23-CV-00580 |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et. al | |
| Defendants. | |

The undersigned, pro se party, certifies that the following may have a direct, pecuniary interest in the outcome of this case: Any employee or contractor of the State of Nevada due to the State of Nevada being a Defendant. Any pro-police organization due to the political affiliation of the Plaintiff.

DATED: May 1, 2023

Respectfully submitted,

Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
chille@situationcreator.com
(310) 963-2445
*Pro Se*