Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO ) | Case No.: |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| LAS VEGAS METROPOLITAN POLICE ) | |
| DEPARTMENT, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

The undersigned hereby certifies that he is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he caused a copy of:

    1. FIRST AMENDED COMPLAINT, DOCUMENT 13

    2. CERTIFICATE OF SERVICE

to be served this date via U.S. first class mail delivery upon the party below at the place and address which is the last known address:

    Las Vegas Metro Police Department
    ATTN: LEGAL DEPARTMENT
    400 S. Martin Luther King Blvd.
    LAS VEGAS NV 89106

**DECLARATION**

I declare under penalty of perjury, that the foregoing is true and correct.

DATED: May 9, 2023                                                  Respectfully submitted,

_____
Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
chille@situationcreator.com
(310) 963-2445
*Pro Se*