**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
   Attorneys for Defendants LVMPD, Ofc. Torrey, Ofc. Bourque, Ofc. Dingle; Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>           Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>           Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**DEFENDANT TORREY'S JOINDER TO MOTION FOR PARTIAL DISMISSAL (ECF NO. 15)** |

Defendant Torrey, by and through his attorneys of record, Marquis Aurbach, hereby files his joinder to Defendants Las Vegas Metropolitan Police Department, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle's Motion for Partial Dismissal. (ECF No. 15)

Dated this 7th day of June, 2023.

                    MARQUIS AURBACH

                    By  */s/ Craig R. Anderson*
                       Craig R. Anderson, Esq.
                       Nevada Bar No. 6882
                       10001 Park Run Drive
                       Las Vegas, Nevada 89145
                       Attorneys for LVMPD Defendants

MAC:14687-456 5113149_1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DEFENDANT TORREY'S JOINDER TO MOTION FOR PARTIAL DISMISSAL** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 7th day of June, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Jose DeCastro
1258 Franklin Street
Santa Monica, CA 90404
Plaintiff Pro Se N/A

_/s/ Sherri Mong_
an employee of Marquis Aurbach

MAC:14687-456 5113149_1