Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>　　　　　Defendants. | Case No.: 2:23-CV-00580<br><br>**MEET AND CONFER CERTIFICATION (L.R. 7-4) IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION TO STAY STATE PROCEEDINGS** |

　　　Plaintiff Jose DeCastro ("Plaintiff") contacted opposing counsel several times regarding this motion, specifically emailing back and forth with Craig R. Anderson ("Anderson"). Anderson was actually surprised to hear that the criminal complaint proceeding was still going on. Anderson simply indicated that if the criminal proceeding was still going on, which he didn't think it was, that he would be moving to stay the federal proceeding instead of the opposite.

DATED: June 8, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jose DeCastro
　　　　　　　　　　　　　　　　　　　　　　　　*Pro Se* Plaintiff

1