# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

## CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS

I, Jason A Jensen, am representing myself and
(Print Full Name)
consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: 06/12/2023                                 //s/JasonAJensen
                                                 Signature

Email Address (Please print legibly):

   jasonajensen@gmail.com

Confirm Email Address:

   jasonajensen@gmail.com

Mailing Address:

   2186 Jackson Keller Rd, Ste 1097, San Antonio, TX 78213

Telephone Number:

   402-598-1285

Case Number(s):

   2:23-cv-00580-APG-EJY