UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| JOSE DECASTRO,<br> Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br>STATE OF NEVADA,<br>BRANDEN BOURQUE,<br>JASON TORREY,<br>C. DINGLE,<br>B. SORENSON,<br>JESSE SANDOVAL,<br>C. DOOLITTLE,<br>and DOES 1 to 50,<br> Defendants. | Case No. 2:23-cv-00580-APG-EJY<br><br>Honorable Judge Andrew Patrick Gordon Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br>**JENSEN'S MOTION FOR LEAVE TO FILE SUGGESTIONS IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

COMESNOW, Intervenor Applicant, Jason A Jensen ("JENSEN"), seeks Motion for Leave to File SUGGESTIONS IN OPPOSITION TO DEFENDANTS LVMPD, OFC. BOURQUE, OFC. DINGLE; OFC. SORENSON, OFC. SANDOVAL (ECF. 15) AND OFC. DOOLITTLE'S MOTION

FOR PARTIAL DISMISSAL; AND DEFENDANT TORREY'S JOINDER TO MOTION FOR PARTIAL DISMISSAL (ECF. 17) under L.R. 7.2(g).

WHEREFORE:

JENSEN prays this Court to allow JENSEN to file the SUGGESTIONS IN OPPOSITION TO DEFENDANTS LVMPD, OFC. BOURQUE, OFC. DINGLE; OFC. SORENSON, OFC. SANDOVAL (ECF. 15) AND OFC. DOOLITTLE'S MOTION FOR PARTIAL DISMISSAL; AND DEFENDANT TORREY'S JOINDER TO MOTION FOR PARTIAL DISMISSAL (ECF. 17) attached to this Motion.

JENSEN prays for all relief just and proper.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 13th of June 2023, as soon as the Clerk of Court files this paperwork as submitted to lv_public_docketing@nvd.uscourts.gov.

//s/JasonAJensen