UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE DECASTRO,

              Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; STATE OF NEVADA;
BRANDEN BOURQUE; JASON TORREY;
C. DINGLE; B. SORENSON; JESSE
SONDOVAL; OFFICER DOOLITTLE,

              Defendants.

Case No. 2:23-cv-00580-APG-EJY

**Order Denying Motion for Leave to File
Opposition to Motion to Dismiss**

[ECF No. 23]

Non-party Jason Jensen has filed documents in this case, including a motion for leave to file an opposition to the defendants' motion to dismiss. ECF No. 23.  Jensen also has submitted other documents to the clerk of court in this matter.  As Magistrate Judge Youchah previously explained to Jensen, he is not a party or intervenor in this case. ECF No. 24.  Jensen does not demonstrate a legal basis for him to bring issues related to this dispute to the court's attention. Unauthorized filings waste resources, delay the court's ability to address meritorious matters, and abuse the court system.  Jensen is not a party and there is no identified basis for his joinder or intervention. Fed. R. Civ. P. 20, 24.

I THEREFORE ORDER that Jason Jensen's motion for leave to file an opposition to the defendants' motion to dismiss **(ECF No. 23) is denied.**

I FURTHER ORDER that Jason Jensen must cease filing documents in this case.  Jensen may only file a properly supported motion to allow his joinder or intervention, and he may file no other documents in this case unless that motion is granted.

I FURTHER ORDER that the clerk of court need not file the documents that Jensen has submitted to date and need not file any other document Jensen submits in this case except a motion to join or intervene.

DATED THIS 15th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE