| Attorney or Party without Attorney:<br>Jose DeCastro<br>1258 Franklin St<br>Santa Monica, CA 90404<br>  Telephone No: 310-963-2445<br>  Attorney For: | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA |
|---|

Plaintiff:  JOSE DECASTRO
Defendant:  LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00580-APG-EJY |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; First Amended Complaint; Complaint

3. a. Party served:   STATE OF NEVADA
   b. Person served:  Sandra Geyer, Legal Office Manager
                      served under F.R.C.P. Rule 4.

4. Address where the party was served:   100 N Carson St, Carson City, NV 89703

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jun 22 2023 (2) at: 01:32 PM

6. **Person Who Served Papers:**
   a. Toni Ruckman (R-2020-00063, Washoe)           d. **The Fee** for Service was:   $225.70
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

06/23/2023                                           *Joni L Ruckman*
(Date)                                               (Signature)



PROOF OF SERVICE

9034365
(5348790)