Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO | Case No.: 2:23-CV-00580 |
| Plaintiff, | **PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. | |
| Defendants. | |

Plaintiff Jose DeCastro ("Plaintiff"), offers the following response to All Defendants' Motion to Stay Discovery ("Motion") at ECF No. 32.

In support of this motion, Plaintiff submits a memorandum of law, which is fully incorporated herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff has not analyzed the law stated in Defendants' Motion, but that law is likely misguided as is the pattern of the Defendants. Plaintiff has not analyzed the quotation of Plaintiff's facts from his Amended Complaint, but they are likely misstated as also is the pattern of these Defendants.

1

However, unlike the Defendants, when this Plaintiff has no factual or legal basis to oppose the relief granted in a motion, he will not do that.

This Court should grant Defendants' Motion "to stay this civil action during the pendency of the state court criminal proceedings" (Motion, 8:12-13) if this Court finds that it has been properly plead.

DATED: July 19, 2023

Respectfully submitted,

_____
Jose DeCastro
*Pro Se* Plaintiff

2