Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>　　　　Defendants. | Case No.: 2:23-CV-00580<br><br>**APPLICATION TO CLERK FOR ENTRY OF DEFAULT; DECLARATION OF JOSE DECASTRO** |

　　　　To the Clerk of the United States District for the District of Nevada:

　　　　Plaintiff Jose DeCastro ("Plaintiff"), hereby requests that the Clerk enter the default of defendant State of Nevada for failure to plead or otherwise defend in a timely manner as provided by Federal Rules of Civil Procedure, Rule 55(a).

　　　　This request is based on the following:

　　　　(1) The defendant was served with the summons and complaint at ECF No. 13 pursuant to Federal Rules of Civil Procedure, Rule 4(c) on June 23, 2023, as evidenced by the proof of service on file with this court at ECF No. 31.

　　　　(2) The defendant has failed to plead, or move for further time to plead, or otherwise

1

respond to the complaint.

(3) The applicable time limit for responding has expired.

**DECLARATION OF JOSE DECASTRO IN SUPPORT OF ENTRY**

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: July 22, 2023                                  Respectfully submitted,

_____
Jose DeCastro
*Pro Se* Plaintiff

**CERTIFICATE OF SERVICE**

I, Jose DeCastro, hereby certify that on July 22, 2022, a true and correct copy of this document was sent electronically to the registered participants, and by first-class mail to all non-registered participants, if any.

_____
Jose DeCastro

2