# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00580-APG-EJY<br><br>**Order Denying Motion for Reconsideration**<br><br>[ECF No. 22] |

　　　Jose DeCastro moves for reconsideration of my order denying his motion for preliminary injunction. ECF No. 22.   He does not offer sufficient reasons for me to change my mind.

　　　I THEREFORE ORDER that Jose DeCastro's motion for reconsideration **(ECF No. 22) is denied.**

　　　DATED this 7th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE