Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

```
                FILED             RECEIVED
                ENTERED           SERVED ON
                          COUNSEL/PARTIES OF RECORD

                    AUG 1 1 2023

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
        BY:                              DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO | Case No.: 2:23-CV-00580 |
| Plaintiff, | **PLAINTIFF'S NOTICE OF APPEAL** |
| v. | **(Preliminary Injunction Appeal)** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff Jose DeCastro ("Plaintiff"), in the above-named case and pursuant to 28 U.S.C. §1292(a)(1), hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order of June 12, 2023 (ECF No. 19), denying Plaintiff's motion for preliminary injunction, and from this Court's Order of August 7, 2023 (ECF No. 39), denying Plaintiff's motion for reconsideration of the Order of June 12, 2023, as well as any and all interlocutory rulings, decisions and orders that gave rise to said Orders.

The denial of this Preliminary Injunction has had irreparable consequences for the Plaintiff. The decisions in this appeal fall under mootness exemptions because it is likely to reoccur to the same complaining party, and the legal question is in the public interest as

important to national policy.

     Pursuant to Circuit Rule 3-3, Preliminary injunction appeal(s) in the Ninth Circuit shall be on an expedited processing track.

DATED: 22:01

Respectfully submitted,

*/s/ José DeCastro*
José DeCastro
*Pro Se* Plaintiff