Generated: Aug 11, 2023 3:58PM                                                                                           Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Aug 11, 2023 3:58PM

Jose DeCastro

Rcpt. No: 200005264                        Trans. Date: Aug 11, 2023 3:58PM                        Cashier ID: #AZ

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $505.00 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $505.00 |
| Total Tendered: | $505.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 2:23-cv-00580-APG-EJY

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.