# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jose DeCastro, )
)
)
        Plaintiff(s), )
    vs. )        Case # 2:23-cv-00580-APG-EJY
)
)
)        **DEFAULT**
Las Vegas Metropolitan Police Department, et al., )
)
)
        Defendant(s). )
_____ )

It appearing from the records in the above-entitled action that Summons issued on

the _____Amended_____ Complaint _____5/7/2023_____
    (Original, Amended, etc)           (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it

appearing from the affidavit of counsel or Plaintiff and the records herein that each of

said Defendants has failed to plead or otherwise defend in said action as required by said

Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of

each of the following Defendants ____State of Nevada._____

_____

_____

in the above-entitled action is hereby entered.

DATED: _____8/17/2023_____        DEBRA K. KEMPI, CLERK

By: /s/ K. Ferris
_____
Deputy Clerk