Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE DECASTRO | ) Case No.: 2:23-CV-00580 |
| Plaintiff, | ) **PLAITNIFF'S AFFIDAVIT OF NONCOMPLIANCE** |
| v. | ) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. | ) |
| Defendants. | ) |

Plaintiff Jose DeCastro ("Plaintiff") hereby files this affidavit stating that Defendants have not contacted Plaintiff "for purposes of meeting to discuss a proposed discovery plan and scheduling order to be filed with the Court" as ordered by this Court on July 21, 2023.

**AFFIDAVIT OF JOSE DECASTRO**

On July 6, 2023, Defendants moved to "stay this civil action during the pendency of the state court criminal proceedings" (ECF No. 32, 8:12-13).

On July 21, 2023, this Court granted that motion in an order ("Order") at ECF No. 35. Further, the Order said that discovery shall continue after a ruling on the motion to dismiss. "IT IS FURTHER ORDERED that no later than fourteen (14) days after the Court issues an Order

1

pertaining to the pending Motion to Dismiss, Defendants must contact Plaintiff for purposes of meeting to discuss a proposed discovery plan and scheduling order to be filed with the Court."

On October 24, 2023, this Court ruled on the motion to dismiss, giving Defendants until November 7, 2023 to contact Plaintiff for purposes of beginning discovery, which did not occur.

I declare under penalty of perjury, that the foregoing is true and correct.

DATED: November 8, 2023                    Respectfully submitted,

                                           _____
                                           Jose DeCastro
                                           *Pro Se* Plaintiff