UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-00580-APG-EJY<br><br><br>**ORDER** |

　　　Pending before the Court is Plaintiff's Motion for Extension of Time to File Rule 59(e) Motion Regarding ECF No. 45. ECF No. 46. As an initial matter, the Court clarifies there is **no stay** of discovery in this matter. A stay of discovery was granted only so long as the Motion to Dismiss was pending. The Motion to Dismiss was decided on October 23, 2023 (ECF No. 44) thereby automatically lifting the stay of discovery. Consistent with the Court's Order resolving the Motion to Dismiss, Plaintiff has through and including November 22, 2023 to file an amended complaint. *Id*.

　　　With respect to discovery, given the decision on the Motion to Dismiss, the parties had fourteen (14) days (November 6, 2023) to meet and confer regarding a proposed discovery plan and scheduling order. ECF No. 35. The parties have twenty-one (21) days to file a revised proposed discovery plan and scheduling order (November 13, 2023). If the parties cannot agree on a revised discovery plan and scheduling order, each party (Plaintiff and Defendant) **must** file their own proposed discovery plan and scheduling order by November 13, 2023. **These requirements and dates remain in effect**.

　　　With respect to the Court's Minute Order at ECF No. 45, filed on October 24, 2023, this was not a dispositive order. That said, to the extent Plaintiff, who is proceeding *pro se*, was unsure whether he could proceed with motion practice related to that Order, the Court grants him through and including **November 27, 2023** to file whatever it is he seeks to file.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to File Rule 59(e) Motion Regarding ECF No. 45 (ECF No. 46) is GRANTED in part as stated above.

IT IS FURTHER ORDERED that Plaintiff has through and including **November 27, 2023** to file whatever motion or response he believes is appropriate with respect to the Court's Order at ECF No. 45.

Dated this 9th day of November, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE