Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>　　　　Defendants. | Case No.: 2:23-CV-00580<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |

   Plaintiff Jose DeCastro respectfully moves this court for an extension of time for both parties to file a proposed discovery plan and scheduling order according to the ruling at ECF No. 35. The parties are in discussions and expect to file together or separately within 7 days.

## MEMORANDUM OF POINTS AND AUTHORITIES

   Fed. R. Civ. P. Rules 6(b) and 16(b) allow this court to extend the time of when a paper is due. In an email from the defense counsel on November 10, 2023, I was informed that he was out of the office and had overlooked the order requiring his party to act first. Since then, we have been actively working toward the goal of submitting the documents required by this order.

1 | DATED: November 14, 2023

Respectfully submitted,

_____
Jose DeCastro
*Pro Se* Plaintiff