Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE DECASTRO | ) Case No.: 2:23-CV-00580 |
| Plaintiff, | ) **MOTION FOR EXTENSION OF** |
| | ) **TIME TO FILE SECOND AMENDED** |
| v. | )  **COMPLAINT** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. | ) |
| Defendants. | ) |

Plaintiff Jose DeCastro respectfully moves this Court for an extension of time to file the second amended complaint as ordered by ECF No. 45. Plaintiff needs another 7 days to finish the second amended complaint due to work obligations getting in the way and the sheer amount of work involved in amending the complaint.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Fed. R. Civ. P. Rule 6(b) allows this court to extend the time of when a paper is due, for good cause, when the request is made before the original paper is due. Additionally, where good cause is shown, a request for an extension generally should be granted in the absence of bad faith by the moving party or prejudice to the adverse party. *Ahanchian v. Xenon Pictures, Inc.*, 624

1

F.3d 1253, 1258-59 (9th Cir. 2010). Here, the paper is not yet due and the Plaintiff has good cause.

DATED: November 21, 2023                    Respectfully submitted,

                                                                                    Jose DeCastro
                                                                                   *Pro Se* Plaintiff