Jose DeCastro
1258 Franklin St.
Santa Monica, CA 90404
(310) 963-2445
chille@situationcreator.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>　　　　Defendants. | Case No.: 2:23-CV-00580<br><br>**MOTION FOR EXTENSION OF TIME TO FILE RULE 59(e) MOTION RE ECF NO. 45** |

　　　Plaintiff Jose DeCastro respectfully moves this Court for an extension of time to file a Rule 59(e) motion to reconsider regarding ECF No. 45. Plaintiff needs another 14 days to finish the second amended complaint due to work obligations getting in the way, traveling for the holidays, and the sheer amount of work involved in amending the complaint and in arguing all of the legal and factual errors.

**MEMORANDUM OF POINTS AND AUTHORITIES**

　　　Fed. R. Civ. P. Rule 6(b) allows this court to extend the time of when a paper is due, for good cause, when the request is made before the original paper is due. Additionally, where good cause is shown, a request for an extension generally should be granted in the absence of bad faith

1

by the moving party or prejudice to the adverse party. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010). Here, the paper is not yet due and the Plaintiff has good cause.

DATED: November 24, 2023            Respectfully submitted,

                                                Jose DeCastro
                                                *Pro Se* Plaintiff