

Case 2:23-cv-00580-APG-EJY   Document 67   Filed 12/12/23   Page 1 of 4

**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
  Attorneys for Defendants LVMPD, Ofc. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING OF EXHIBITS A THROUGH F AND EXHIBIT H TO MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT (ECF NO. 66)** |

Defendants Las Vegas Metropolitan Police Department, Ofc. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle, by and through their attorneys of record, Marquis Aurbach, hereby submit their Notice of Manual Filing of

/ / /

/ / /

/ / /

MAC:14687-456 5316849_1

Exhibits A through F (flash drive containing body worn camera footage) and Exhibit H (flash drive containing video) to Motion to Dismiss Plaintiff's Second Amended Complaint, or in the alternative, Motion for Summary Judgment (ECF No. 66).

Dated this 12th day of December, 2023.

MARQUIS AURBACH

By */s/ Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS' NOTICE OF MANUAL FILING OF EXHIBITS A THROUGH F AND EXHIBIT H TO MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT (ECF NO. 66)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 12th day of December, 2023.

☐ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Jose DeCastro
1258 Franklin Street
Santa Monica, CA 90404
Plaintiff Pro Se

*/s/ Sherri Mong*
an employee of Marquis Aurbach

MAC:14687-456 5316849_1

# Exhibits A - F
# Flash Drive Containing Body Worn Camera video evidence of Defendant Officers

# Exhibit H

Flash Drive containing DeCastro's YouTube video detailing the subject incident, which is comprised of his own video footage, clips of BWC footage, and DeCastro's overlayed text commentary