| | |
|---|---|
| 1 | Jose DeCastro |
| | 1258 Franklin St. |
| 2 | Santa Monica, CA 90404 |
| | (310) 963-2445 |
| 3 | chille@situationcreator.com |
| 4 | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | | |
|---|---|---|---|
| 7 | JOSE DECASTRO | ) | Case No.: 2:23-CV-00580 |
| | | ) | |
| 8 | Plaintiff, | ) | **PLAINTIFF'S NOTICE OF CHANGE** |
| | | ) | **OF ADDRESS** |
| 9 | v. | ) | |
| | | ) | |
| 10 | LAS VEGAS METROPOLITAN POLICE | ) | |
| | DEPARTMENT, et al. | ) | |
| 11 | | ) | |
| | | ) | |
| 12 | Defendants. | ) | |
| | | ) | |
| 13 | | ) | |

TO ALL PARTIES AND THE CLERK OF THE COURT:

Pursuant to L.R. IA 3-1, Plaintiff Jose DeCastro files this Notice of Change of Address and requests the Court's docket in the above-captioned matter to be updated accordingly.

PLEASE TAKE NOTICE effective December 1, 20, the mailing address for Plaintiff has changed to:

Jose DeCastro
4616 W SAHARA AVE STE 1 BOX 271
LAS VEGAS NV 89102-3654

DATED: December 15, 2023                    Respectfully submitted,

_____
Jose DeCastro
*Pro Se* Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, Defendants were notified of this change of address. I further certify that on December 15, 2023, a true and correct copy of PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS was served on all parties or persons requiring notice.

_____
Jose DeCastro