UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>    Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SONDOVAL; OFFICER DOOLITTLE,<br><br>    Defendants. | Case No. 2:23-cv-00580-APG-EJY<br><br>**Order Granting Extension of Time**<br><br>[ECF No. 71] |

Jose Castro moves to strike the defendants' motion to dismiss. In the alternative, Castro asks for an additional 30 days to respond to that motion. I will not strike the motion to dismiss, but I will grant Castro additional time to respond to it.

I THEREFORE ORDER that Jose Castro's motion **(ECF No. 71) is granted in part**. Castro's response to the defendants' motion to dismiss is due by January 26, 2024.

DATED THIS 28th day of December, 2023.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE