MICHAEL MEE, ESQ.
Nevada Bar No. 13726
400 S. 4th Street, #500
Las Vegas, NV 89101
(702) 990-0190
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| JOSE DECASTRO, | |
| Plaintiff, | Case No.  2:23-cv-580-APG-EJY |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SONDOVAL; OFFICER DOOLITTLE, | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |
| Defendants. | |

COMES NOW, MICHAEL MEE, ESQ., on behalf of Plaintiff JOSE DECASTRO, who provides his Notice of Appearance as Retained Counsel on behalf of the Plaintiff, and asks that all future service be provided to counsel at the contact information set forth herein or through electronic service.

DATED this 10th day of January, 2024

MICHAEL MEE, ESQ.
Nevada Bar No. 13726

1

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that he served a copy of the above Notice upon all parties

3

registered to receive electronic service on January 10, 2024.

4

DATED this 10th day of January, 2024

5

_____

MICHAEL MEE, ESQ.

6

Nevada Bar No. 13726

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

2