**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00580-APG-EJY<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS (ECF 66)** |

COMES NOW, Plaintiff, JOSE DECASTRO, by and through his attorney of record, MICHAEL MEE, ESQ, and the Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE, by and through counsel of record CRAIG R. ANDERSON, ESQ., who jointly hereby submit the following Stipulation to Extend Deadline for Plaintiff's Opposition to Motion to Dismiss (ECF 66):

The basis for this request is as follows:

1) Plaintiff was previously representing himself *pro se* in this matter.

2) On January 10, 2024, counsel Michael Mee, Esq., on behalf of Plaintiff, entered his Notice of Appearance

3) On January 25, 2024, the parties conferred and agreed, pursuant to a request by Plaintiff's counsel, to grant Plaintiff through counsel an extension until February 2, 2024 to file an Opposition to Motion to Dismiss (ECF 66) on the basis that counsel was newly-retained as of January 10, 2024.

4) The parties thus request that this Stipulation be approved and that an order be issued continuing formally extend time for an Opposition to be filed to said Motion through **February 2, 2024.**

DATED this 2nd day of February, 2024     DATED this 2nd day of February, 2024

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar Number 13726
Counsel for Plaintiff

**/s/ Craig R. Anderson, Esq.**
CRAIG R, ANDERSON, ESQ.
Nevada Bar No. 6882
Counsel for Defendants

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation to Extend Time for the Filing of an Opposition to Motion to Dismiss (ECF No. 66) is GRANTED and Plaintiff shall have through **February 2, 2024** to file an Opposition.

DATED this _____ day of _____, 2024

_____
UNITED STATES DISTRICT COURT