**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
   Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING OF EXHIBIT K ATTACHED TO REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 80)** |

Defendants Las Vegas Metropolitan Police Department, Ofc. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle, by and through their attorneys of record, Marquis Aurbach, hereby file their Notice of Manual Filing Regarding Exhibit K (flash drive containing video) attached to Defendants' Reply in Support of Motion

/ / /

/ / /

/ / /

MAC:14687-456 5377525_1

to Dismiss Plaintiff's Second Amended Complaint, or in the alternative, Motion for Summary Judgment. (ECF No. 80).

Dated this 12th day of February, 2024.

MARQUIS AURBACH

By  /s/ Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS LVMPD, OFC. TORREY, OFC. BOURQUE, OFC. DINGLE, OFC. SORENSON, OFC. SANDOVAL AND OFC. DOOLITTLE'S NOTICE OF MANUAL FILING OF EXHIBIT K ATTACHED TO REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 80)**[1] with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 12th day of February, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Michael Mee, Esq.
400 S. 4th Street
Las Vegas, NV 89101
Attorney for Plaintiff

 /s/ Sherri Mong
an employee of Marquis Aurbach

---

[1] A copy of Notice of Manual Filing containing Exhibit K (flash drive) will be mailed to Plaintiff's counsel at the address listed above.

# Exhibit K

Exhibit K

Flash Drive

