UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>           Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, STATE OF NEVADA, BRANDEN BOURQUE, JASON TORREY, C. DINGLE, B. SORENSON, JESSE SANDOVAL, and OFFICER DOOLITTLE,<br><br>           Defendants. | Case No. 2:23-cv-00580-APG-EJY<br><br>**Order Denying Motion to Recuse**<br><br>[ECF No. 50] |

       Plaintiff Jose DeCastro moves for me to recuse myself from this case under 28 U.S.C. § 455(a) because he contends that I am biased. The defendants oppose.

       Subsection 455(a) requires recusal when "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *United States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986). "The reasonable person is not someone who is hypersensitive or unduly suspicious." *United States v. Holland*, 519 F.3d 909, 913 (9th Cir. 2008) (quotations omitted). Prior "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion," unless they "display a deep-seated favoritism or antagonism that would make fair judgment impossible." *Likety v. U.S.*, 510 U.S. 540, 555 (1994).

       DeCastro relies only on my rulings in this case. But my rulings do not reflect a deep-seated bias against DeCastro or his case. I therefore deny his motion to recuse.

       I THEREFORE ORDER that plaintiff Jose DeCastro's motion to recuse **(ECF No. 50) is DENIED**.

DATED THIS 29th day of March, 2024.

                                                        ANDREW P. GORDON<br>                                                        UNITED STATES DISTRICT JUDGE