**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
  Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>                    Plaintiff,<br><br>     vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**DEFENDANTS LVMPD, SGT. TORREY, OFC. BOURQUE, OFC. DINGLE, OFC. SORENSON, OFC. SANDOVAL AND OFC. DOOLITTLE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF SUMMARY JUDGMENT** |

Pursuant to LR 7-2(g), Defendants Las Vegas Metropolitan Police Department, Ofc. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, hereby file their Motion for Leave to File Supplemental Evidence in Support of Summary Judgment. This Motion is made and based upon the Memorandum of Points & Authorities, the pleadings and papers on file herein and any oral argument allowed by counsel at the time of hearing.

## MEMORANDUM OF POINTS & AUTHORITIES

**I.     INTRODUCTION**

Since LVMPD Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint, or in the Alternative, Motion for Summary Judgment (ECF No. 66),

1  Plaintiff Jose DeCastro ("Plaintiff") has been tried and convicted for: (1) False Statement to
2  or Obstruct Police Officer – NRS 197.190; and (2) Resisting Public Officer – NRS
3  199.280.3. The convictions stem from the same March 15, 2023 incident which forms the
4  basis for Plaintiff's claims in this case. Plaintiff's convictions are dispositive of most of
5  Plaintiff's claims in the instant case, as the guilty verdict resolves in LVMPD Defendants'
6  favor multiple issues raised in the instant case. Accordingly, pursuant to LR 7-2(g), LVMPD
7  Defendants request this Court grant leave for the LVMPD Defendants to file a supplemental
8  brief and incorporate evidence of Plaintiff's criminal conviction into the record.

## II.   STATEMENT OF FACTS

10  Plaintiff filed his Second Amended Complaint ("SAC") on November 27, 2023.
11  (ECF No. 61). Plaintiff's claims stem from an incident which occurred on March 15, 2023
12  wherein Plaintiff was arrested for obstructing a lawful traffic stop and subsequently refusing
13  to comply with Defendant Officer Bourque's commands. *See id.*
14  On December 11, 2023, LVMPD Defendants filed a Motion to Dismiss Plaintiff's
15  Second Amended Complaint, or in the Alternative, Motion for Summary Judgment (the
16  "Motion"), taking the position the body worn camera footage of the subject incident should
17  unambiguously resolve Plaintiff's claims in LVMPD Defendants' favor. (ECF No. 66).
18  Plaintiff opposed the Motion (ECF No. 79), and LVMPD Defendants filed a reply brief in
19  support of it (ECF No. 80).
20  Throughout the pendency of the instant case, Plaintiff has been facing misdemeanor
21  criminal charges in connection with the March 15, 2023 incident. *See* **Exhibit 1**, Register of
22  Actions Case No. 23-CR-013015. On March 19, 2024, a criminal trial was held in relation to
23  the charges against Plaintiff for (1) False Statement to or Obstruct Police Officer – NRS
24  197.190; and (2) Resisting Public Officer – NRS 199.280.3. *Id.* Plaintiff was found guilty
25  and convicted on both counts and was sentenced to 90 days in the Clark County Detention
26  Center for each offense. *Id.*

MAC:14687-456 5418879_1

## III. **LEGAL ARGUMENT**

Local Rule 7-2(g) requires parties to obtain leave of the Court before filing any supplemental briefs. L-R 7-2(g). The Court may grant leave to file supplemental authority "for good cause" found. *Id.* "Good cause may exist either when the proffered supplemental authority controls the outcome of the litigation, or when the proffered supplemental authority is precedential, or particularly persuasive or helpful." *Alps Prop. & Cas. Ins. Co. v. Kalicki Collier, LLP*, 526 F. Supp. 3d 805, 812 (D. Nev. 2021). Further, good cause under LR 7-2(g) exists if a party seeks leave to file supplemental briefing in a reasonably diligent manner. *See, e.g., De Luna v. Sunrise Hosp. & Med. Ctr., LLC*, Case No. 2:17-cv-01052-JAD-VCF, 2018 WL 4053323, at *5 (D. Nev. Aug. 24, 2018).

Here, several of Plaintiff's claims fail as a matter of law in light of his criminal convictions, and therefore the proffered supplemental evidence is dispositive of multiple claims at issue in the Motion. *See Heck v. Humphrey*, 512 U.S. 477 ("when a state prisoner seeks damages in a § 1983 suit, the district court must consider whether a judgment in favor of the plaintiff would necessarily imply the invalidity of his conviction or sentence; if it would, the complaint must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated"); *see also See Matthews v. Macanas*, 990 F.2d 467, 468 (9th Cir.1993) ("A plaintiff may be estopped from bringing a civil action to challenge an issue which was distinctly put in issue and directly determined in a previous criminal action."). As argued in the Motion, many of Plaintiff's claims are reliant upon his assertion that his March 15, 2023 arrest was not supported by probable cause, and/or that the commands issued to him by the Defendant Officers were unlawful. A court of competent jurisdiction has now determined beyond a reasonable doubt Plaintiff was guilty of obstructing and resisting a public officer in relation to his conduct on March 15, 2023. (Ex. 1.)

The LVMPD Defendants have been reasonably diligent in seeking leave to file supplemental evidence and authority in support of its Motion, as Plaintiff was only recently convicted. Moreover, the evidence is helpful to the Court's analysis insofar as it should

MAC:14687-456 5418879_1

resolve in the LVMPD Defendants' favor the following issues: (1) that the arrest was supported by probable cause; (2) that the commands issued to Plaintiff were lawful; (3) that Plaintiff obstructed the Defendant Officers; and (4) that Plaintiff resisted the arrest of the Defendant Officers.

## IV. CONCLUSION

Based on the foregoing, the LVMPD Defendants respectfully request this Court grant their Motion for Leave to File Supplemental Evidence in Support of Summary Judgment.

Dated this 5th day of April, 2024.

MARQUIS AURBACH

By */s/ Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS LVMPD, OFC. TORREY, OFC. BOURQUE, OFC. DINGLE, OFC. SORENSON, OFC. SANDOVAL AND OFC. DOOLITTLE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF SUMMARY JUDGMENT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 5th day of April, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

*/s/ Sherri Mong*
an employee of Marquis Aurbach

Page 4 of 4

MAC:14687-456 5418879_1

# Exhibit 1

Skip to Main Content Logout My Account Search Menu New Criminal Search Refine Search Back    Location : Justice Court Help

# REGISTER OF ACTIONS
## CASE NO. 23-CR-013015

| | | | |
|---|---|---|---|
| State of Nevada vs. DECASTRO, JOSE | § § § § § | Case Type: | Misdemeanor CR |
| | | Date Filed: | 03/15/2023 |
| | | Location: | JC Department 8 |

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **DECASTRO, JOSE** | Michael Mee |
| | Other Agency Numbers | *Retained* |
| | 1669561 Justice Court Scope ID Subject Identifier | 702-308-6363(W) |

| | |
|---|---|
| **State of Nevada** | **State of Nevada** |

## CHARGE INFORMATION

| Charges: DECASTRO, JOSE | Statute | Level | Date |
|---|---|---|---|
| 1. False stmt to/obstruct pub off [52312] | 197.190 | Misdemeanor | 03/15/2023 |
| 2. Resist public officer [52990] | 199.280.3 | Misdemeanor | 03/15/2023 |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

03/19/2024 **Disposition** (Judicial Officer: Zimmerman, Ann E.)
    1. False stmt to/obstruct pub off [52312]
        Guilty as Charged
    2. Resist public officer [52990]
        Guilty as Charged

03/19/2024 **Misdemeanor Sentence** (Judicial Officer: Zimmerman, Ann E.)
    1. False stmt to/obstruct pub off [52312]

03/19/2024 **Misdemeanor Sentence** (Judicial Officer: Zimmerman, Ann E.)
    2. Resist public officer [52990]

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 03/15/2023 | **Original Track Assignment JC08** |
| 03/15/2023 | **Case Assignment Sent** |
| | *Case Assignment Sent* |
| 03/15/2023 | **DA Request for Prosecution** |
| | *Request for Prosecution Sent to DA* |
| 03/29/2023 | **Case Assignment Sent** |
| | *Case Assignment Sent* |
| 03/29/2023 | **Citation Image** |
| 03/29/2023 | **Supplemental Documentation Submitted with Citation** |
| 03/30/2023 | **Media Request for Electronic Coverage** |
| | *of Court proceedings filed.* |
| 04/03/2023 | **Media Request for Electronic Coverage Granted** |
| 04/03/2023 | **Order Regarding Media Request for Electronic Coverage Filed** |
| 06/12/2023 | **Notice of Appearance** |
| | *Notice of Appearance of Defense Counsel* |
| 06/13/2023 | **Arraignment** (8:00 AM) (Judicial Officer Zimmerman, Ann E.) |
| | NO BAIL POSTED |
| | Result: Matter Heard |
| 06/13/2023 | **Counsel Confirms as Attorney of Record** |
| | *M. Mee, Esq.* |
| 06/13/2023 | **Arraignment Completed** |
| | *Defense advised of Charges on Criminal Complaint, Waives Reading of Criminal Complaint* |
| 06/13/2023 | **Discovery Given to Counsel in Open Court** |
| 06/13/2023 | **Early offer received in open court** |
| | *Continued for negotiations* |
| 06/13/2023 | **Minute Order - Department 08** |
| 06/27/2023 | **Negotiations** (8:00 AM) (Judicial Officer Zimmerman, Ann E.) |
| | NO BAIL POSTED |
| | Result: Matter Heard |
| 06/27/2023 | **Defendant Rejected the State's Offer** |
| 06/27/2023 | **Plea of Not Guilty Entered** |
| | *by Defense* |
| 06/27/2023 | **Minute Order - Department 08** |
| 09/01/2023 | **Motion** |

| Date | Event | Details |
|---|---|---|
| | | Motion for Production of Discovery |
| 09/06/2023 | **Motion** | (8:00 AM) (Judicial Officer Zimmerman, Ann E.) |
| | | NO BAIL POSTED |
| | | Result: Matter Heard |
| 09/06/2023 | **Motion to Continue - Defense** | |
| | | by Defense for production of discovery no objection by State- granted |
| 09/06/2023 | **Future Court Date Stands** | |
| | | 09/12/2023 at 9:30am for Bench Trial |
| 09/06/2023 | **Minute Order - Department 08** | |
| 09/12/2023 | **Bench Trial** | (9:30 AM) (Judicial Officer Zimmerman, Ann E.) |
| | | No bail posted |
| | | Result: Matter Heard |
| 09/12/2023 | **Motion to Continue - Defense** | |
| | | to review additional discovery - No objection by State - Granted |
| 09/12/2023 | **Bench Trial Date Reset** | |
| 09/12/2023 | **Minute Order - Department 08** | |
| 11/28/2023 | **Motion** | |
| | | Renewed Motion for Discovery |
| 11/30/2023 | **Motion** | (8:00 AM) (Judicial Officers Pro Tempore, Judge, Jansen, William D.) |
| | | No bail posted |
| | | Result: Matter Heard |
| 11/30/2023 | **Motion** | |
| | | by Defense for Discovery - State represents all discovery in their possession has been turned over - Denied |
| 11/30/2023 | **Comment** | |
| | | State represents they will be filing a Hill Motion to Continue the Bench Trial as the lead officer is unavailable. |
| 11/30/2023 | **Future Court Date Stands** | |
| | | 12/6/23 at 9:30 am for Bench Trial |
| 11/30/2023 | **Minute Order - Department 08** | |
| 11/30/2023 | **Notice of Motion** | |
| | | State's Notice of Motion and Motion to Continue |
| 12/06/2023 | **Bench Trial** | (9:30 AM) (Judicial Officer Zimmerman, Ann E.) |
| | | No bail posted |
| | | Result: Matter Heard |
| 12/06/2023 | **Hill Motion by State to Continue - Granted** | |
| | | Witness unavailable until after the start of the year. |
| 12/06/2023 | **Bench Trial Date Reset** | |
| 12/06/2023 | **Minute Order - Department 08** | |
| 01/23/2024 | **Bench Trial** | (9:30 AM) (Judicial Officer Zimmerman, Ann E.) |
| | | No Bail Posted |
| | | Result: Matter Continued |
| 01/23/2024 | **Motion to Continue - Defense** | |
| | | Due to medical reasons. No objection by State - Granted |
| 01/23/2024 | **Bench Trial Date Reset** | |
| | | Firm Setting. |
| 01/23/2024 | **Minute Order - Department 08** | |
| 01/24/2024 | **Media Request for Electronic Coverage** | |
| | | of Court proceedings filed. |
| 01/24/2024 | **Order Regarding Media Request for Electronic Coverage Filed** | |
| 02/26/2024 | **Bench Trial** | (9:30 AM) (Judicial Officer Zimmerman, Ann E.) |
| | | No Bail Posted |
| | | Result: Matter Heard |
| 02/26/2024 | **Remote Appearance by** | |
| | | Defendant via Zoom |
| 02/26/2024 | **Motion to Continue - Defense** | |
| | | Counsel is in Trial - No objection by State - Granted |
| 02/26/2024 | **Bench Trial Date Reset** | |
| 02/26/2024 | **Minute Order - Department 08** | |
| 03/18/2024 | **Motion** | |
| | | DEFENDANTS REQUEST TO CONVERT COUNSEL TO STANDBY COUNSEL |
| 03/18/2024 | **Miscellaneous Filing** | |
| | | Bench Memorandum |
| 03/19/2024 | **Bench Trial** | (9:30 AM) (Judicial Officer Zimmerman, Ann E.) |
| | | No bail posted |
| | | Result: Matter Heard |
| 03/19/2024 | **Bench Trial Held** | |
| | | Motion to Exclude Witnesses by State - Motion Granted States Witnesses: 1. Branden Bourque - Witness Identified Defendant State Rests. Defense Witnesses: 1. Jose Decastro Sworn In and Testified. Defense Rests Motion to Dismiss and Argument In Favor of Said Motion by Defense Argument Against Said Motion by State Thereupon the Court Found the Defendant Guilty. Arguments made by parties regarding sentencing. |
| 03/19/2024 | **Judgment Entered** | |
| 03/19/2024 | **Remand - Cash or Surety** | |
| | | Counts: 001; 002 - $0.00/$0.00 Total Bail |
| 03/19/2024 | **Case Closed - Court Order** | |
| 03/19/2024 | **Minute Order - Department 08** | |
| 03/19/2024 | **Comment** | |
| | | Both (2) of Defendant's cell phones where returned to his counsel and is in M. Mee, Esq. possession. |
| 03/19/2024 | **Notice** | |
| | | Notice of Appeal |
| 03/20/2024 | **Notice of Disposition and Judgment** | |
| 03/20/2024 | **Temporary Custody Record** | |
| | | Remand 3/19/24 |
| 03/20/2024 | **Appeal from LVJC - Appearances** | |
| 03/26/2024 | **Motion** | |
| | | Motion for Bail, or in the Alternative, for Own Recognizance Release |
| 03/28/2024 | **Media Request for Electronic Coverage** | |

| | |
|---|---|
| | *of Court proceedings filed.* |
| 04/01/2024 | **Motion** (8:00 AM) (Judicial Officer Zimmerman, Ann E.)<br>*In custody*<br>Result: Matter Heard |
| 04/01/2024 | **Media Request for Electronic Coverage**<br>*of Court proceedings filed - LV Review Journal* |
| 04/01/2024 | **Order Regarding Media Request for Electronic Coverage Filed** |
| 04/01/2024 | **Media Request for Electronic Coverage Granted**<br>*Las Vegas Review Journal* |
| 04/01/2024 | **Media Request for Electronic Coverage Granted**<br>*DALI TALK* |
| 04/01/2024 | **Order Regarding Media Request for Electronic Coverage Filed**<br>*DALI TALK* |
| 04/01/2024 | **Motion**<br>*by Defense, for O/R or Bail - Objection by State - Motion Denied* |
| 04/01/2024 | **Custody Comment**<br>*Case Closed Stands* |
| 04/01/2024 | **Remand - Cash or Surety**<br>*Counts: 001; 002 - $0.00/$0.00 Total Bail* |
| 04/01/2024 | **Minute Order - Department 08** |