UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSE DECASTRO,

           Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

           Defendants.

Case No. 2:23–cv–00580–APG–EJY

Dated:  April 5, 2024

NOTICE REGARDING INTENTION TO DISMISS PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE

To:  Plaintiff

     The official file in the above–entitled action reflects that the <u>second amended complaint</u> was filed on <u>11/27/2023.</u>  Federal Rule of Civil Procedure 4(m) provides, in part, as follows:

> ". . . If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . ."

     To date, there has been no proof of service filed as to: <u>Citco, State of Nevada.</u>

     Notice is given that this action may be dismissed without prejudice as to above parties unless proof of service is filed with the clerk by 05/05/2024.  Service on the party must have taken place prior to the expiration of the time limit set forth in Fed.R.Civ.P. 4(m), or good cause must be shown as to why such service was not made in that period.

     Failure to comply with this notice may result in dismissal of the action without prejudice as to said parties.

                                   DEBRA K. KEMPI, CLERK

                                   By:  <u>/s/ Wayne Julian</u>

                                        Deputy Clerk