# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>   Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>   Defendants | Case No.: 2:23-cv-00580-APG-EJY<br><br>**Order** |

On April 5, 2024, plaintiff Jose DeCastro was advised by the court that his claims against defendant State of Nevada would be dismissed without prejudice unless by May 5, 2024, DeCastro either filed proper proof of service or showed good cause why such service was not timely made. DeCastro has failed to do so.

I THEREFORE ORDER that plaintiff Jose DeCastro's claims against defendant State of Nevada are DISMISSED without prejudice. The clerk of court is instructed to terminate the State of Nevada as a defendant in this case.

DATED this 13th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE