**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
  Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>            Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**NOTICE OF MANUAL FILING OF EXHIBITS A THRU F AND H THRU I ATTACHED TO LVMPD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 86)** |

Defendants Las Vegas Metropolitan Police Department, Ofc. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, hereby submit their Notice of Manual Filing Regarding Exhibits A thru F and H thru I, attached to their Motion for Summary Judgment. (ECF No. 86) These exhibits are flash drives that contain body worn camera video evidence of the Defendant Officers and YouTube videos.

Dated this 14th day of June, 2024.

                                          MARQUIS AURBACH

                                          By */s/ Craig R. Anderson*
                                              Craig R. Anderson, Esq.
                                              Nevada Bar No. 6882
                                              10001 Park Run Drive
                                              Las Vegas, Nevada 89145
                                              Attorneys for Defendants

MAC:14687-456 5511554_1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF MANUAL FILING OF EXHIBITS A THRU F AND H THRU I ATTACHED TO LVMPD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 86)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 14th day of June, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

          */s/ Sherri Mong*
          an employee of Marquis Aurbach

MAC:14687-456 5511554_1

# Exhibit A – F
# Flash Drive Containing Body Worn Camera Video Evidence of Defendant Officers

# Exhibits H and I

Flash Drive containing (1) DeCastro's YouTube video dealing with the subject incident, which is comprised of his own video footage, clips of BWC footage, and DeCastro's overlayed text commentary; and (2) Separate YouTube creator with uploaded portions of DeCastro's own videos discussing the subject incident