**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00580-APG-EJY<br><br>**PLAINTIFF'S MOTION FOR LEAVE AND TO SET SUPPLEMENTAL BRIEFING SCHEDULE REGARDING MOTION FOR SUMMARY JUDGMENT FOLLOWING LOWER COURT'S REVERSAL ON DIRECT APPEAL** |

DATED  11th day of August, 2024

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, Nevada 89101
(775) 990-0190
mmee@defenselawyervegas.com

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

On June 14, 2024, Defendants moved for Summary Judgment. ECF 86. This was supported by the manual filing of exhibits. ECF 87.

On July 5, 2025, the parties conferred regarding an extension of the deadline for a response to ECF 86 to July 8, 2024. Counsel for Defendants indicated no objection to this continuance via e-mail on July 5, 2025. That request was granted the following day.

This Response to movants' Motion for Summary Judgment was filed on July 8, 2024. Within that filing, Plaintiff identified the fact that the Eighth Judicial District Court was hearing a direct appeal of Plaintiff's underlying conviction. Within the Response Plaintiff had requested that, if his appeal was granted, that he would seek leave for supplemental briefing regarding that substantial change in circumstances which is relevant to resolving the motion for summary judgment. That court reversed the underlying conviction in Case C-24-381730-A, but this was after the Response was filed.

Not only did the court reverse the conviction, which is directly relevant to whether there would be estoppel or res judicata bars to pursuing some of the relief identified in this civil action, but the lower court made clear that the officer's actions were wholly unlawful. *See* Ex. A – Decision of Eighth Judicial District Court re State of Nevada v. Jose DeCastro.

This unlawfulness is, at the outset, a fundamental basis of Plaintiff's claims. This procedural posture, including this substantial change since the matter was previously briefed by the parties, warrants a supplemental briefing schedule. On this basis, Plaintiff proposes that this Court Order a Supplemental Briefing schedule, with Plaintiff's Supplemental Opposition due

within fourteen (14) days of the Court's Order, and with Defendants' Supplemental Reply due within fourteen (14) days of that filing.

## CONCLUSION

For these reasons, the Motion should be granted, and supplemental briefing permitted for this reasons set forth herein.

DATED  11th day of August, 2024.

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, Nevada 89101
(775) 990-0190
mmee@defenselawyervegas.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify and affirm that this document was filed electronically with the above Court and served upon all parties registered to receive electronic service in the above-captioned matter.

DATED 8th day of July, 2024.

/s/ **Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, Nevada 89101
(775) 990-0190
mmee@defenselawyervegas.com
Attorney for Plaintiff