UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　Defendants | Case No.: 2:23-cv-00580-APG-EJY<br><br>**Order Granting Motion for Leave to File Supplemental Briefs**<br><br>**[ECF No. 92]** |

　　I ORDER that plaintiff Jose DeCastro's motion for leave to file supplemental briefs **(ECF No. 92) is GRANTED**.  By August 23, 2024, the parties may file cross briefs regarding the impact on this case of plaintiff Jose DeCastro's conviction being overturned and the Nevada Court of Appeals' ruling in *Willson v. First Jud. Dist. Ct. in & for Cnty. of Carson City*, 547 P.3d 122 (Nev. Ct. App. 2024).  The parties may file cross responses by August 30, 2024.  No further briefs are allowed absent further order of the court.

　　DATED this 13th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE