**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE DECASTRO, | Case No.: 2:23-cv-00580-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

On April 5, 2024, plaintiff Jose DeCastro was advised by the court that his claims against defendant Citco would be dismissed without prejudice unless by May 5, 2024, DeCastro either filed proper proof of service or showed good cause why such service was not timely made. DeCastro has failed to do so.

I THEREFORE ORDER that plaintiff Jose DeCastro's claims against defendant Citco are DISMISSED without prejudice. The clerk of court is instructed to terminate Citco as a defendant in this case.

DATED this 21st day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE