1  **Marquis Aurbach**
   Craig R. Anderson, Esq.
2  Nevada Bar No. 6882
   Nicholas M. Adams, Esq.
3  Nevada Bar No. 15859
   10001 Park Run Drive
4  Las Vegas, Nevada 89145
   Telephone: (702) 382-0711
5  Facsimile: (702) 382-5816
   canderson@maclaw.com
6  nadams@maclaw.com
     Attorneys for Defendants LVMPD, Ofc. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc.
7    Sorenson, Ofc. Sandoval and Ofc. Doolittle

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  JOSE DECASTRO, | Case Number: 2:23-cv-00580-APG-EJY |
| 11              Plaintiff, | |
| 12      vs. | **LVMPD DEFENDANTS' NOTICE OF MANUAL FILING OF EXHIBIT E ATTACHED TO RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF REGARDING SUMMARY JUDGMENT AND THE OVERTURNING OF PLAINTIFF'S CONVICTION IN THE EIGHTH JUDICIAL DISTRICT COURT OF NEVADA (ECF NO. #98)** |
| 13  LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive, | |
| 16              Defendants. | |

18  Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Ofc. Torrey,

19  Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle ("LVMPD

20  Defendants"), by and through their attorneys of record, Marquis Aurbach, hereby file their

21  Notice of Manual Filing of Exhibit E attached to their Response to Plaintiff's Supplemental

22  Brief Regarding Summary Judgment and the Overturning of Plaintiff's Conviction in the

23  Eighth Judicial District Court of Nevada. (ECF No. 98)

24      / / /

25

26      / / /

27

28      / / /

Exhibit E is a flash drive containing the video of Castro's Appeal Hearing.

Dated this 3rd day of September, 2024.

            MARQUIS AURBACH

            By  */s/ Craig R. Anderson*
              Craig R. Anderson, Esq.
              Nevada Bar No. 6882
              Nicholas M. Adams, Esq.
              Nevada Bar No. 15859
              10001 Park Run Drive
              Las Vegas, Nevada 89145
              Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' NOTICE OF MANUAL FILING OF EXHIBIT E ATTACHED TO RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF REGARDING SUMMARY JUDGMENT AND THE OVERTURNING OF PLAINTIFF'S CONVICTION IN THE EIGHTH JUDICIAL DISTRICT COURT OF NEVADA (ECF NO. #98)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 3rd day of September, 2024.

 ☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 ☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

             */s/ Sherri Mong*
            an employee of Marquis Aurbach

Exhibit E - Video of Appeal Hearing, 45:02