**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
   Attorneys for Defendants LVMPD, Ofc. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>                Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>                Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**LVMPD DEFENDANTS' NOTICE OF MANUAL FILING OF FLASH DRIVE PURSUANT TO COURT ORDER (ECF NO. 100)** |

Pursuant to this Court's Order (ECF No. 100), Defendants LVMPD, Ofc. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle, by and through their attorneys of record, Marquis Aurbach, hereby file their Notice of Manual Filing of a flash drive containing redacted versions of the video exhibits in support of their Motion for Summary Judgment (ECF No. 86) removing all personal identifiers pursuant to LR IC 6-1.

Dated this 27th day of September, 2024.

                            MARQUIS AURBACH

                            By */s/ Craig R. Anderson*
                               Craig R. Anderson, Esq.
                               Nevada Bar No. 6882
                               10001 Park Run Drive
                               Las Vegas, Nevada 89145
                               Attorneys for Defendants

MAC: 14687-456 (#5631039.1)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' NOTICE OF MANUAL FILING OF FLASH DRIVE PURSUANT TO COURT ORDER (ECF NO. 100)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 27th day of September, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

*/s/ Sherri Mong*
an employee of Marquis Aurbach