**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
   Attorneys for Defendants LVMPD, Ofc. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR LVMPD DEFENDANTS TO FILE A REPLY BRIEF IN SUPPORT OF THEIR SECOND MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Ofc. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle ("LVMPD Defendants"), by and through their attorney of record, Marquis Aurbach, and Plaintiff Jose DeCastro ("Plaintiff"), by and through his attorney of record, Michael Mee, Esq., that the deadline for the LVMPD Defendants to file a Reply to Plaintiff's Opposition to their Second Motion for Summary Judgment (ECF No. 102) be extended from November 15, 2024 to December 16, 2024.

1.  On October 4, 2024, the LVMPD Defendants filed their Second Motion for Summary Judgment ("Second Motion"). (ECF No. 102).

MAC: 14687-456 (#5674090.1)

2. On October 25, 2024, an Order was granted to continue the deadline for Plaintiff to respond to the Second Motion. (ECF No. 103)

3. On November 1, 2024, Plaintiff filed his Response in Opposition to Defendants' Second Motion. (ECF No. 105)

4. The LVMPD Defendants' deadline to file their Reply is due November 15, 2024.

5. Counsel for the LVMPD Defendants will be out of state from November 6 through 11, 2024.

6. Counsel for the LVMPD Defendants has a firm state court trial set from November 18 through 22, 2024 in the case of *NJS Reps & Associates, LLC v. Premier Sportscar Service*, Case No. A-22-860077-C in Department 19.

7. Counsel for the LVMPD Defendants also has a firm federal court trial set on December 2, 2024 in the case of *Kirstin Lobato v. LVMPD, et al.*, Case No. 2:19-cv-01273-RFB-EJY.

8. The parties stipulate and respectfully request that the deadline for LVMPD Defendants to file their Reply in support of their Second Motion be extended from November 15, 2024 to December 16, 2024.

9. This request is not in bad faith and not for purposes of delay.

IT IS SO STIPULATED this 12th day of November, 2024.

MARQUIS AURBACH                                MICHAEL MEE

By: */s/ Craig R. Anderson*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants

By: */s/ Michael Mee*
    Michael Mee, Esq.
    Nevada Bar No. 13726
    400 South Fourth Street, #500
    Las Vegas, Nevada 89101
    Attorney for Plaintiff

MAC: 14687-456 (#5674090.1)

**ORDER**

IT IS SO ORDERED the deadline for the LVMPD Defendants to file their Reply in support of their Second Motion for Summary Judgment be extended from November 15, 2024 to December 16, 2024.

ORDERED:

DATED: November 13, 2024

_____
Chief United States District Court Judge

MAC: 14687-456 (#5674090.1)