UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOSE DECASTRO, | Case No.: 2:23-cv-00580-APG-EJY |
|---|---|
| Plaintiff | **Order** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

The proposed joint pretrial order is overdue. See ECF Nos. 55 (joint pretrial order due 30 days after the court rules on dispositive motions); 109 (court's April 24, 2025 ruling on renewed motion for summary judgment).

I THEREFORE ORDER the parties to file a proposed joint pretrial order by June 20, 2025.

DATED this 3rd day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE