UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO, | Case No.: 2:23-cv-00580-APG-EJY |
| Plaintiff | **Order Rejecting Proposed Pretrial Orders** |
| v. | [ECF Nos. 111, 112] |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

The parties' separately proposed pretrial orders (ECF Nos. 111, 112) do not comply with Local Rule 16-3. First, Local Rule 16-3(b) requires the plaintiff's attorney to initiate preparation of a joint pretrial order. Apparently, plaintiff Jose DeCastro's attorney did not fulfill that obligation, forcing the defendants' counsel to prepare the first draft. *See* ECF No. 111 at 1:20-21. Compounding that problem, DeCastro's attorney apparently did not respond with comments soon enough to allow the filing of a joint order. *Id.*, ECF No. 112 at 1. Thus, two proposed orders were filed, in violation of Local Rule 16-3.

Next, DeCastro's exhibit list includes every filing on the court's docket. *See* ECF No. 112 at 7 ("ECF 1 to 110 filed in this case no. 2:23-cv-00580-APG-EJY"). His exhibit list also includes: "All Materials Disclosed by Defendants and listed below incorporated by reference, including but not limited to . . . " and then lists what appears to be every document that has been produced in this case. ECF No. 112 at 7. The defendants likewise list every document that has been produced in this case (as evidence by the consecutive Bates numbers). ECF No. 111 at 6-7. Clearly, counsel have not properly thought about how he will try this case and what exhibits they truly will need for trial. The plaintiff also lists such vague descriptions as "Doctor Bills and

notes relating to incident." *Id*. Local Rule 16-3(b)(8) requires parties to "describe the exhibits sufficiently for ready identification . . . ." The defendants cannot properly file objections to such vague descriptions, as required by Local Rule 16-3(b)(8)(B). And by filing separate proposed orders, neither side has been able to either stipulate to admissibility of exhibits or state their objections as required by that rule.

Local Rules 16-3 and 16-4 are designed to streamline trial preparation and presentation, and to foster settlement. The parties cannot simply wait to make trial decisions until the eve of trial. Such tactics prevent full participation in settlement discussions and deprive the other side the ability to efficiently prepare for trial.

I THEREFORE ORDER that the parties' proposed pretrial orders (**ECF Nos. 111, 112) are REJECTED.** The parties shall confer as required in Local Rule 16-3, DeCastro's attorney must take the lead in preparing the proposed joint pretrial order, and the parties must submit a joint pretrial order that complies with Local Rules 16-3 and 16-4 by July 14, 2025.

DATED this 24th day of June, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE