UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOSE DECASTRO, | Case No.: 2:23-cv-00580-APG-EJY |
| Plaintiff, | |
| v. | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

This matter has been referred to the undersigned Magistrate Judge for a settlement conference. ECF No. 115. An **in-person** settlement conference is set for Tuesday, **September 23, 2025**. The parties must report to the chambers of the undersigned United States Magistrate Judge, Room 3005, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada at **9:00 a.m.** If any party is subject to coverage by an insurance carrier, a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim **must** attend.

Unless the Court orders otherwise, all parties and their counsel must be present in person for the entirety of the settlement conference. **A request to be excused from in-person appearance will be considered only <u>after</u> consultation with opposing counsel. Requests <u>must</u> be submitted at least <u>seven (7) days</u> before the settlement conference date. Such request must be supported by <u>good cause</u>.** Absent extraordinary circumstances, telephonic appearances are not permitted

**PREPARATION FOR SETTLEMENT CONFERENCE**

Each party must submit a confidential settlement conference statement for in camera review. The confidential settlement conference statement should **not exceed fifteen (15) pages**. Exhibits, generally, should not exceed **50 pages**. Briefs must be **delivered electronically** to **Emily_Santiago@nvd.uscourts.gov** by **3:00 p.m. on September 16, 2025**.

1

The confidential statement must be presented on pleading paper (numbered consecutively beginning with 1 on the left margin of each page with no more than 28 lines per page) and contain the attorney or pro se party's name and address, court title, and case caption.  In addition, the confidential settlement statement:

1. Must include:

   a. a statement of the nature of the claims and defenses;

   b. a concise summary of the evidence that supports your theory of the case, including key individuals who will provide testimony if this matter goes to trial, the Rule 26(a)(1)(A)(iii) computation of damages, and the Rule 26(a)(1)(A)(iv) insurance information;

   c. an analysis of the key issues involved in the litigation;.

   d. a candid discussion of the strongest and weakest points in your case, both legal and factual;

   e. documents or narrative supporting or defending a damages claims;

   f. identification and frank explanation of any obstacles to settlement such as medical liens, statutory caps, or motions pending before the court;

   g. documents that are relevant to key factual or legal issues, including selected pages from deposition transcripts or responses to other discovery requests;

   h. the history of settlement discussions, if any, that have occurred in this case including any demands, offers or offers of judgment made and, if applicable, the reasons rejected;

   i. the initial settlement proposal (monetary and non-monetary terms) with a justification for any monetary amount.

2. Do **not** submit:

   a. medical records or treatment records; or

   b. entire deposition transcripts or audio/video recordings.

3. Do **not** serve a copy of your confidential settlement brief on opposing counsel.  Do **not** deliver or mail a copy to the clerk's office.

4. To facilitate a meaningful conference, your utmost candor in responding to all of the above-listed topics is required.  Settlement conferences and the statements are confidential.  If this

case does not settle, the settlement conference statement will not be disclosed to the district judge who will preside over the trial. Each statement will be securely maintained in chambers and will be destroyed following the conference.

5. Failure to comply with the requirements set forth in this Order will subject the non-compliant party to sanctions under Federal Rule of Civil Procedure 16(f).

Dated this 11th day of August, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3