**MOTN**
**MICHAEL MEE, ESQ.**
LIBERATORS CRIMINAL DEFENSE
Bar No. 13726
400 S. 4th Street #500
Las Vegas, NV 89101
E-mail: mmee@defenselawyervegas.com
Phone: 702-990-0190
Fax: 702-442-9616
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,,<br><br>Defendant. | Case No 2:23-cv-00580-APG-EJY<br><br>**PLAINTIFF'S (EMERGENCY) MOTION TO CONTINUE SETTLEMENT SETTLEMANT CONFERENCE (FIRST REQUEST)** |

COMES NOW, Plaintiff JOSE DECASTRO who hereby submits the following EMERGENCY MOTION TO CONTINUE . This Memorandum is based upon the following Points and Authorities and Declaration of Counsel.

DATED this 21st day of September, 2025.

                                                **/s/ Michael Mee, Esq.**
                                                MICHAEL MEE, ESQ.
                                                Bar No. 13726

## MEMORANDUM OF POINTS AND AUTHORITIES

The basis for this motion is unforeseen and extraordinary circumstances. On Sunday afternoon September 21, 2025, undersigned counsel's grandmother was unexpectedly admitted to the emergency room in serious condition. At the same time, counsel's spouse is out of state managing her late father's estate, following his passing last year and a recently resolved court proceeding. She is now required to address significant damage to his property caused by unlawful occupants, which necessitates her personal attention.

These circumstances have left counsel as the sole caregiver for two young children for the next few anticipated days. Counsel had previously arranged for their grandmother to provide childcare during this week's court obligations, but she is instead attending to her own mother (counsel's grandmother) at Henderson Hospital. In addition, counsel is extremely close to his grandmother, and her sudden hospitalization and uncertain prognosis directly impact his ability to prepare for and conduct substantive court proceedings.

No party will be prejudiced by a short continuance, as there is ample time to reset the matter given the current trial setting. The interests of justice are best served by allowing counsel to participate fully once these unforeseen circumstances stabilize. While undersigned counsel recognizes that a continuance may be a great inconvenience to the court and the parties, counsel makes this request in good faith based upon the above facts.

Accordingly, Plaintiff respectfully requests that the Court continue the settlement conference to a later date convenient to the Court and the parties.

DATED this 21st day of September, 2025.

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Bar No. 13726

## DECLARATION OF COUNSEL

I, Michael Mee, Esq., declare as follows:

1. I am counsel of record for Plaintiff in this matter. I make this declaration in support of Plaintiff's Emergency Motion to Continue the Settlement Conference set for Tuesday, September 23, 2025.

2. On Sunday September 21, 2025, my grandmother was unexpectedly admitted to the emergency room in serious condition at Henderson Hospital.

3. At the same time, my partner is out of state in New Mexico managing her late father's estate. He passed away last year, and following a recently resolved court proceeding, she is addressing property that was significantly damaged by unlawful occupants, which had already stretched counsel's ability to manage his calendar this week and care for his children very thin.

4. These combined circumstances have left me as the sole caregiver for our two young children.

5. I had previously arranged for their grandmother to provide childcare while I attended to this week's court obligations. However, she is now attending to her own mother (my grandmother) at the hospital.

6. I am extremely close with my grandmother, and her sudden hospitalization and uncertain medical outcome have affected my ability to prepare for and conduct substantive court proceedings during the next several days.

7. Upon these matters occurring on September 21, 2025, I immediately contacted opposing counsel, who I understand is conferring with his client(s) in reference to this matter, but in any event I am submitting this motion without further delay in order to obtain the most time for the court to review this matter prior to court date.

8. I am making this request in good faith, not for the purpose of delay, and to ensure I can adequately prepare for and meaningfully participate in the settlement conference once these unforeseen circumstances stabilize.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 21st day of September, 2025.

/s/ **Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Bar No. 13726

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Motion was served upon the parties registered to receive electronic service in this matter.

DATED this 21st day of September, 2025.

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Bar No. 13726