1 | **SAO**
**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00580-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION IN LIMINE (ECF 121)** |

COMES NOW, Plaintiff, JOSE DECASTRO, by and through his attorney of record, MICHAEL MEE, ESQ, and the Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE, by and through counsel of record CRAIG R. ANDERSON, ESQ., who jointly hereby submit the following Stipulation to Extend Deadline for a Response to be filed to Defendants' Motion in Limine (ECF 121)

1

The basis for this request is as follows:

1) Counsel for Plaintiff requested an additional 1-day to respond due to the scope of materials necessary to respond to, as well as Plaintiff's counsel's workload on other matters; counsel for Defendants graciously agreed to this request.

2) The parties therefore respectfully request Defendant be permitted to file the response through the date of January 27, 2026.

DATED this 26th day of January, 2026.    DATED this 26th day of January, 2026.

**/s/ Michael Mee, Esq.**    **/s/ Craig R. ANDERSON, ESQ.**
MICHAEL MEE, ESQ.    CRAIG R. ANDERSON, ESQ.
Nevada Bar Number 13726    Nevada Bar No. 6882
Counsel for Plaintiff    Counsel for Defendants

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation to Extend Time for the Filing of an Opposition to Defendants' Motion in Limine (ECF No. 121) is GRANTED and Plaintiff shall have through **January 27, 2026** to file an Opposition.

DATED this 27th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2