**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
  Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE DECASTRO,<br><br>                Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>                Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**LVMPD DEFENDANTS' PROPOSED VOIR DIRE** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Ofc. Branden Bourque ("Bourque"), Sgt. Jason Torrey ("Torrey"), Ofc. Chadly Dingle ("Dingle"), Ofc. Brandon Sorenson ("Sorenson"), Ofc. Jesse Sandoval ("Sandoval"), and Ofc. Clinton Doolittle ("Doolittle") (collectively "LVMPD Defendants"), by and through their attorney of record, Marquis Aurbach, hereby submit the following Voir Dire questions pursuant to the Court's Order Regarding Trial [ECF No. 123].

**A.   PERSONAL BACKGROUND.**

1. Will you please tell us about yourself, your occupation, and your background?

**B.     PRECONCEIVED VERDICTS.**

1. Do you have any preconceived notions about the liability of the defendant based on their profession as a police officer?

2. Can you set aside any preconceived notions or assumptions and approach this case with an open mind?

**C.     CIVIL RIGHTS AND LAW ENFORCEMENT.**

1. How do you view the balance between protecting citizens' civil rights and ensuring public safety by law enforcement?

2. Are you able to set aside personal beliefs about civil rights issues and focus on the facts of this case?

**D.     ATTITUDES/PERCEPTIONS TOWARDS LAW ENFORCEMENT.**

1. Can you share your general views and feelings on law enforcement and the role of police officers in our society?

2. What are your views on the use of force by law enforcement officers?

3. Have recent events involving law enforcement officers impacted your perception of law enforcement officers in a negative manner?

4. Have recent events involving law enforcement officers impacted your perception of law enforcement officers in a positive manner?

5. Do any of the jurors hold any bias, grudge or dislike of law enforcement officers generally?

6. Is there anyone who is not concerned about the safety risks that officers face in performing their duties?

7. Has any member of the jury developed an opinion about the Las Vegas Metropolitan Police Department based upon social media, the news, experience, or publicity?

8. Does everyone recognize the defendant law enforcement officers in this case are entitled to the same fair treatment as any other individual?

Page 2 of 4

MAC: 14687-456 (#6233276.1)

**E.    INVOLVEMENT WITH LAW ENFORCEMENT.**

1. Have any members of the jury panel, or a family member, or close friend submitted a complaint, made a claim, or filed a lawsuit based on the actions of any law enforcement officer?

2. Has any member of the jury or family member had contact with a police officer where the individual felt concern for their safety?

3. Have you, or anyone close to you, ever worked in law enforcement or had any negative/positive experiences with the police?

4. Have any members of the jury panel, a member of the immediate family, or close friends been involved in a confrontation or disagreement with a law enforcement officer?

5. Have any members of the jury panel, a family member, or close friend been arrested by a law enforcement officer?

6. Has a law enforcement officer used any physical force on any member of the jury panel, or a family member or a close friend?

7. Have you or anyone close to you ever been involved in a legal matter where a police officer was a party?

8. How might personal experiences with law enforcement affect your ability to be impartial in this case?

**F.    POLICE TRAINING AND PROCEDURES.**

1. Are you familiar with law enforcement training and procedures?

2. How might your knowledge of police training impact your views on the actions of a police officer in a given situation?

**G.    ALTERNATIVE PERSPECTIVES AND ACCOUNTABILITY.**

1. Are you able to consider alternative perspectives and explanations for the events in question, even if they differ from your initial impressions?

MAC: 14687-456 (#6233276.1)

2. How open are you to changing your opinion based on the evidence presented during the trial?

3. What are your views on holding law enforcement officers accountable for their actions?

4. Can you separate this concept of accountability from the specific details of this case to reach an impartial decision?

Dated this 2nd day of February, 2026.

MARQUIS AURBACH

By *s/Craig R. Anderson*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney for LVMPD Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' PROPOSED VOIR DIRE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 2nd day of February, 2026.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

*s/Sherri Mong*
an employee of Marquis Aurbach