**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
  Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>　　　　　　Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**LVMPD DEFENDANTS' WITNESS LIST** |

Pursuant to this Court's Order Regarding Trial (ECF No. 123), Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Ofc. Branden Bourque ("Bourque"), Sgt. Jason Torrey ("Torrey"), Ofc. Chadly Dingle ("Dingle"), Ofc. Brandon Sorenson ("Sorenson"), Ofc. Jesse Sandoval ("Sandoval"), and Ofc. Clinton Doolittle ("Doolittle") (collectively "LVMPD Defendants"), by and through their attorney of record, Marquis Aurbach, hereby submit their Witness List.

**A.   WITNESSES DEFENDANTS INTEND TO CALL**

1. Jose DeCastro

2. Sgt. Erland Torrey

3. Officer Branden Borque

MAC: 14687-456 (#6238547.1)

4.     Officer Chadly Dingle

5.     Officer Brandon Sorenson

6.     Officer Jesse Sandoval

7.     Officer Clinton Doolittle

Dated this 2nd day of February, 2026.

                         MARQUIS AURBACH

By *s/Craig R. Anderson*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney for LVMPD Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' WITNESS LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 2nd day of February, 2026.

☒     I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒     I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

*s/Sherri Mong*
an employee of Marquis Aurbach

MAC: 14687-456 (#6238547.1)