**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com

Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>  Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>  Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**LVMPD DEFENDANTS' PROPOSED SPECIAL VERDICT FORM** |

WE THE JURY, having fully deliberated in this matter, unanimously find as follows:

### False Arrest Claim Against Defendant Bourque

1. Did Officer Branden Bourque have probable cause to arrest Jose DeCastro for obstructing a public officer and/or resisting arrest on March 15, 2023?

  YES _____  NO _____

*Answer Question 2 only if you Answered "No" to Question 1. If you answered "Yes" to Question 1, skip Question 2.*

2. If you answered "No" to Question 1 what is the amount of damages you award Plaintiff Jose DeCastro against Defendant Branden Bourque?

  $ _____

MAC: 14687-456 (#6235136.2)

**Unlawful Search and Seizure / Invasion of Privacy Claims Against Defendant Bourque**

*Answer Question 3 only if you Answered "No" to Question 1. If you answered "Yes" to Question 1, you must answer "No" to Question 3 and answer "0" to question 4.*

3. Did Officer Branden Bourque violate Jose DeCastro's Fourth Amendment right to be free from unreasonable searches when he searched Jose DeCastro incident to his arrest on March 15, 2023?

YES _____     NO _____

*Answer Question 4 only if you Answered "Yes" to Question 3. If you answered "No" to Question 3, skip Question 4.*

4. If you answered "yes" to Question 3 what is the amount of damages you award Plaintiff Jose DeCastro against Defendant Branden Bourque?

$ _____

**First Amendment Retaliation Claim Against Defendants Bourque and Torrey**

*Answer Questions 5-6 only if you Answered "No" to Question 1. If you answered "Yes" to Question 1, you must answer "No" to Questions 5-6.*

5. Did Officer Branden Bourque arrested DeCastro to retaliate against DeCastro for his filming of the traffic stop?

YES _____     NO _____

*Answer Question 6 only if you Answered "Yes" to Question 5. If you answered "No" to Question 5, you must answer "No" to Question 6.*

6. Did Sergeant Erland Torrey know of and fail to prevent Officer Branden Bourque's retaliatory arrest?

YES _____     NO _____

*Answer Question 7 only if you Answered "Yes" to Question 5. If you answered "No" to Question 5, skip Question 7.*

7. If you answered "yes" to Question 5 what is the amount of damages you award Plaintiff Jose DeCastro against Defendant Branden Bourque?

$ _____

MAC: 14687-456 (#6235136.2)

*Answer Question 8 only if you Answered "Yes" to Question 6. If you answered "No" to Question 6, skip Question 8.*

8. If you answered "yes" to Question 6 what is the amount of damages you award Plaintiff Jose DeCastro against Defendant Erland Torrey?

$ _____

**Selective Enforcement Claim Against Defendants Bourque and Torrey**

9. Did Officer Branden Bourque selectively enforce the law against Jose DeCastro based on his filming or speech?

YES _____     NO _____

10. Did Sergeant Erland Torrey selectively enforce the law against Jose DeCastro based on his filming or speech?

YES _____     NO _____

*Answer Question 11 only if you Answered "Yes" to Question 9. If you answered "No" to Question 9, skip Question 1.*

11. If you answered "yes" to Question 9 what is the amount of damages you award Plaintiff Jose DeCastro against Defendant Branden Bourque?

$ _____

*Answer Question 12 only if you Answered "Yes" to Question 10. If you answered "No" to Question 10, skip Question 12.*

12. If you answered "yes" to Question 10 what is the amount of damages you award Plaintiff Jose DeCastro against Defendant Erland Torrey?

$ _____

**Excessive Force and Battery Claims Against Defendant Sandoval**

13. Did Officer Jesse Sandoval use excessive force against Jose DeCastro on March 15, 2023?

YES _____     NO _____

MAC: 14687-456 (#6235136.2)

*Answer Question 14 only if you Answered "Yes" to Question 13. If you answered "No" to Question 13, skip Question 14.*

    14.    If you answered "yes" to Question 13 what is the amount of damages you award Plaintiff Jose DeCastro against Defendant Jesse Sandoval?

    $ _____

## **Failure to Intervene Claims Against Defendants Bourque, Dingle, Sorenson, and Doolittle**

*Answer Questions 15-18 only if you Answered "Yes" to Question 13. If you answered "No" to Question 13, you must answer "No" to Questions 15-18.*

    15.    Did Officer Branden Bourque fail to intervene in Officer Jesse Sandoval's use of excessive force against Jose DeCastro?

    YES _____      NO _____

    16.    Did Officer Chadly Dingle fail to intervene in Officer Jesse Sandoval's use of excessive force against Jose DeCastro?

    YES _____      NO _____

    17.    Did Officer Brandon Sorenson fail to intervene in Officer Jesse Sandoval's use of excessive force against Jose DeCastro?

    YES _____      NO _____

    18.    Did Officer Clinton Doolittle fail to intervene in Officer Jesse Sandoval's use of excessive force against Jose DeCastro?

    YES _____      NO _____

*Answer Questions 19-22 only if you Answered "Yes" to any of Questions 15-18. If you answered "No" to Questions 15-18, skip Questions 19-22.*

    19.    If you answered "yes" to Question 15 what is the amount of damages you award Plaintiff Jose DeCastro against Defendant Branden Bourque?

    $ _____

    20.    If you answered "yes" to Question 16 what is the amount of damages you award Plaintiff Jose DeCastro against Defendant Chadly Dingle?

MAC: 14687-456 (#6235136.2)

1    $ _____

2    21.    If you answered "yes" to Question 17 what is the amount of damages you award

3    Plaintiff Jose DeCastro against Defendant Brandon Sorenson?

4    $ _____

5    22.    If you answered "yes" to Question 18 what is the amount of damages you award

6    Plaintiff Jose DeCastro against Defendant Clinton Doolittle?

7    $ _____

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-456 (#6235136.2)

**Punitive Damages**

23. Is Plaintiff Jose DeCastro entitled to punitive damages for any violations of his Constitutional Rights?

| | | |
|---|---|---|
| Officer Brandon Bourque | Yes ____ | No ____ |
| Sergeant Erland Torrey | Yes ____ | No ____ |
| Officer Jesse Sandoval | Yes ____ | No ____ |
| Officer Chadly Dingle | Yes ____ | No ____ |
| Officer Brandon Sorenson | Yes ____ | No ____ |
| Officer Clinton Doolittle | Yes ____ | No ____ |

24. What amount of punitive damages do you award for constitutional claims against the Officers?

| | |
|---|---|
| Officer Brandon Bourque | $ _____ |
| Sergeant Erland Torrey | $ _____ |
| Officer Jesse Sandoval | $ _____ |
| Officer Chadly Dingle | $ _____ |
| Officer Brandon Sorenson | $ _____ |
| Officer Clinton Doolittle | $ _____ |
| Total punitive damages: | $ _____ |

DATED this ___ day of February, 2026.

                                                                  _____
                                                                  PRESIDING JUROR

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-456 (#6235136.2)

**Jury Interrogatory**

Regardless of your answers to the previous questions, please answer these additional questions:

A.  If you found that Ofc. Borque lacked probable cause to arrest DeCastro, you must then decide whether Ofc. Borque arrested him in "bad faith." "Bad faith" requires something more than bad judgment or negligence. It imports a dishonest purpose, moral obliquity, conscious wrongdoing, breach of a known duty through some ulterior motive or ill will partaking of the nature of fraud. Do you find that Ofc. Borque arrested DeCastro in bad faith?

Yes _____            No _____

Dated this 2nd day of February, 2026.

MARQUIS AURBACH

By: ___s/Craig R. Anderson___
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

MAC: 14687-456 (#6235136.2)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' PROPOSED SPECIAL VERDICT FORM** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 2nd day of February, 2026.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒    I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

*/s/ Sherri Mong*
an employee of Marquis Aurbach

MAC: 14687-456 (#6235136.2)