**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
  *Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle*

**Michael Mee, Esq.**
Nevada Bar No. 13726
400 S. 4th Street #500
Las Vegas, Nevada 89101
(702) 990-0190
mmee@defenselawyervegas.com
  *Attorney for Plaintiff Jose DeCastro*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**JOINT TRIAL EXHIBIT LIST** |

| No. | Description | Date Offered | Objection | Date Admitted |
|---|---|---|---|---|
| JE 1 | Branden Bourque - Body Worn Camera Footage | | | Stipulated |
| JE 2 | Chadly Dingle - Body Worn Camera Footage | | | Stipulated |
| JE 3 | Brandon Sorenson - Body Worn Camera Footage | | | Stipulated |
| JE 4 | Jesse Sandoval - Body Worn Camera Footage | | | Stipulated |
| JE 5 | Clinton Doolittle - Body Worn Camera Footage | | | Stipulated |
| JE 6 | Erland Torrey - Body Worn Camera Footage | | | Stipulated |

Dated this 2nd day of February, 2026.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney for LVMPD Defendants

MICHAEL MEE, ESQ.

By: *s/ Michael Mee*
    Michael Mee, Esq.
    Nevada Bar No. 13726
    400 S. 4th Street #500
    Las Vegas, Nevada 89101
    Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT TRIAL EXHIBIT LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 2nd day of February, 2026.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒    I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

MAC: 14687-456 (#6231952.2)

*s/Sherri Mong*
an employee of Marquis Aurbach

MAC: 14687-456 (#6231952.2)