**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
　　Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>　　　　　　Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**LVMPD DEFENDANTS' STATEMENT OF THE CASE** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Ofc. Branden Bourque ("Bourque"), Sgt. Jason Torrey ("Torrey"), Ofc. Chadly Dingle ("Dingle"), Ofc. Brandon Sorenson ("Sorenson"), Ofc. Jesse Sandoval ("Sandoval"), and Ofc. Clinton Doolittle ("Doolittle") (collectively "LVMPD Defendants"), by and through their attorney of record, Marquis Aurbach, hereby submit their Statement of the Case.

On March 15, 2023, around 4:30 p.m., Plaintiff Jose DeCastro ("DeCastro") encountered an LVMPD traffic stop in a public shopping center parking lot and began filming. Plaintiff and Officer Bourque ended up in a dispute over DeCastro's actions and Officer Bourque eventually arrested DeCastro for obstruction. DeCastro claims Officer

1  Bourque falsely arrested him in retaliation for his filming the traffic stop. Officer Bourque
2  denies DeCastro's allegations and counters he lawfully arrested DeCastro for obstruction.

3  In addition to his false arrest claims, DeCastro also claims Officer Sandoval used
4  excessive force against him after he was handcuffed. Officer Sandoval denies DeCastro's
5  allegations and counters he only used the force necessary to properly detain DeCastro.

6  With respect to Sergeant Torrey and officers Sorensen, Dingle, and Doolittle;
7  DeCastro claims these officers witnessed Officer Bourque's and Officer Sandoval's illegal
8  actions and did nothing to prevent them. Sergeant Torrey and officers Sorensen, Dingle, and
9  Doolittle deny DeCastro's allegations.

10 Dated this 2nd day of February, 2026.

MARQUIS AURBACH

By *s/Craig R. Anderson*
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Attorney for LVMPD Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' STATEMENT OF THE CASE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 2nd day of February, 2026.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒  I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

*s/Sherri Mong*
an employee of Marquis Aurbach

MAC: 14687-456 (#6233316.1)