**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00580-APG-EJY<br><br>**PLAINTIFF'S LIST OF WITNESSES** |

   Plaintiff, JOSE DECASTRO, by and through his attorney of record Michael Mee, Esq., hereby submits his Notice of List of Trial Witnesses, as follows:

1. **Jose DeCastro**,
   c/o Attorney Michael Mee, Esq.,
   400 S. 4th Street #500,
   Las Vegas, NV 89101

2. **Sgt. Torrey**,
   c/o Marquis Aurbach,
   10001 Park Run Drive,
   Las Vegas,
   Nevada 89145

1

3. **Ofc. Bourque**,
   c/o Marquis Aurbach,
   10001 Park Run Drive,
   Las Vegas, Nevada 89145

4. **Ofc. Dingle**,
   c/o Marquis Aurbach,
   10001 Park Run Drive,
   Las Vegas, Nevada 89145

5. **Ofc. Sorenson**
   c/o Marquis Aurbach,
   10001 Park Run Drive,
   Las Vegas, Nevada 89145

6. **Ofc. Sandoval**,
   c/o Marquis Aurbach,
   10001 Park Run Drive,
   Las Vegas, Nevada 89145

7. **Ofc. Doolittle**
   c/o Marquis Aurbach,
   10001 Park Run Drive,
   Las Vegas, Nevada 89145

Dated this 3rd day of February, 2026..

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726
*Counsel for Plaintiff*

## **CERTFICIATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Plaintiff's List of Witnesses was served upon those parties registered to receive electronic service in the above-captioned matter.

Dated this 3rd day of February, 2026..

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726
attorneymichaelmee@gmail.com
*Counsel for Plaintiff*