**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00580-APG-EJY<br><br>**PLAINTIFF'S EXHIBIT LIST** |

Case 2:23-cv-00580-APG-EJY, *DeCastro v. LVMPD, et al*

Exhibits for Plaintiff Jose DeCastro.

1

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 1 | | Case No. C-24-381730-A Order Granting Appeal |
| | | 2 | | Las Vegas Justice Court 23-CR-013015 Reporter's Transcript of Proceedings March 19, 2024 |
| | | 3 | | Case No. C-24-381730-A Motion for Bail, or in the Alternative, for Own Recognizance Release - March 26, 2024 |
| | | 4 | | Case No. C-24-381730-A Motion for Bail, or in the Alternative, for Own Recognizance Release - April 04, 2024 |
| | | 5 | | Case No. C-24-381730-A Reporter's Transcript of Proceeding - Bail Motion - April 1, 2024 |
| | | 6 | | COMPLAINT against Branden Bourque, C Dingle, Doolittle, Las Vegas Metropolitan Police Department, Jesse Sandoval, B Sorenson, State of Nevada, Jason Torrey by Jose DeCastro. |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 7 | | AMENDED COMPLAINT with Jury Demand by Jose DeCastro. |
| | | 8 | | ANSWER to 13 Amended Complaint filed by Las Vegas Metropolitan Police Department. |
| | | 9 | | ORDER granting in part Defendants' Motion for Summary Judgment |
| | | 10 | | ORDER Denying 102 Defendants' Renewed Motion for Summary Judgment. |
| | | 11 | | CAD Report for Event No. LLV230300064617 |
| | | 12 | | Cad until Log by Incident Number |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 13 | | IA Statement of Complaint |
| | | 14 | | LVMPD Incident Report |
| | | 15 | | Citation |
| | | 16 | | Declaration of Arrest |
| | | 17 | | Temporary Custody Record |
| | | 18 | | LVMPD Detention Services Division Booking Voucher |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 19 | | IAB Complaint Form |
| | | 20 | | LVMPD Use of Force Policy 3.110 |
| | | 21 | | LVMPD Arrests Without Warrants Policy 4.102 |
| | | 22 | | Plaintiff's Photographs of Injured Elbow following Incident. |
| | | 21 | | Plaintiff's Responses to Defendants' Interrogatories and Requests for Production of Document |

Dated this 3rd day of February, 2026..

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726
*Counsel for Plaintiff*

**CERTFICIATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Plaintiff's Exhibit List was served upon those parties registered to receive electronic service in the above-captioned matter.

Dated this 3rd day of February, 2026..

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726
attorneymichaelmee@gmail.com
*Counsel for Plaintiff*