**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
*Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>  Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>  Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**LVMPD DEFENDANTS' EXHIBIT LIST** |

MAC: 14687-456 (#6238655.1)

Case #2:23-cv-00580-APG-EJY
Caption: *DeCastro v. LVMPD, et al.*

Exhibits for: *Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle*

Page 1

| Date Marked | Date Omitted | Number | Witness | Description[1] |
|---|---|---|---|---|
| | | 501 | | CAD Report for Event No. LLV230300064617 |
| | | 502 | | CAD Unit Log by Incident Number |
| | | 503 | | IA Statement of Complaint |
| | | 504 | | LVMPD Incident Report |
| | | 505 | | Citation |
| | | 506 | | Declaration of Arrest Report |
| | | 507 | | Temporary Custody Record |
| | | 508 | | LVMPD Detention Services Division Booking Voucher |
| | | 509 | | IAB Complaint Form |
| | | 510 | | LVMPD Use of Force Policy 3.110 |
| | | 511 | | LVMPD Arrests Without Warrants Policy 4.102 |
| | | 512 | | LVMPD Lesson Plans dated December 2015 regarding Policies 3.02, 3.04, 3.19, 3.20, 4.05, 6.13, 8.05, 8.24, and 13.08 |
| | | 513 | | LVMPD Lesson Plans dated February 2016 regarding Policies 3.02, 3.04, 3.19, 3.20, 4.05, 8.05, 8.24, 8.26, 13.08, and 16.19 |
| | | 514 | | LVMPD Lesson plans dated February |

---

[1] Plaintiff and LVMPD Defendants have stipulated as to the authenticity of Exhibit Nos. 501-511 and Exhibit Nos. 515-523 but have not stipulated as to the admissibility of those exhibits.

MAC: 14687-456 (#6238655.1)

| | | | | Page 1 |
|---|---|---|---|---|
| Date Marked | Date Omitted | Number | Witness | Description[1] |
| | | | | 2022 regarding policies 3.02, 3.04, 3.09, 3.16, 4.05, 6.01, 8.18, 10.08, 13.08, and 16.05 |
| | | 515 | | Dispatch Radio Calls |
| | | 516 | | DeCastro's Youtube Video - Let's File My Lawsuit Against the Las Vegas Tyrant Cops from My Unlawful Arrest |
| | | 517 | | DeCastro's YouTube Video - The Las Vegas Metro Police Dept Lawsuit: 12:30PM PST – April 18, 2023 |
| | | 518 | | DeCastro's YouTube Video - LAWSUIT FILED! DELETELAWZ IS ARRESTED FOR FILMING COPS BY LAS VEGAS METRO P!G BRENDEN BORK – May 16, 2023 |
| | | 519 | | DeCastro's YouTube Video - #AUDIT #Arrested Las Vegas PD, Lawsuit filed, LVMPD has been Served: Body Cam of Sandoval, NEVADA – April 29, 2023 |
| | | 520 | | DeCastro's YouTube Video - TEAM DLZ FOLLOWS A RIGID SET OF POLICIES, PROCEDURES & PROTOCOLS – February 4, 2024 |
| | | 521 | | DeCastro's YouTube Video - WE DONT STOP – September 17, 2024 |
| | | 522 | | Our Nevada Judges, Inc. Video - The State of Nevada vs Jose "Chille" DeCastro, March 19, 2024 – March 19, 2024 |
| | | 523 | | Plaintiff's Responses to Defendants' Interrogatories and Requests for Production of Documents |

MAC: 14687-456 (#6238655.1)

Case #2:23-cv-00580-APG-EJY
Caption: DeCastro v. LVMPD, et al.

Exhibits for: Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

Dated this 3rd day of February, 2026.

MARQUIS AURBACH

By: */s/ Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' EXHIBIT LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 3rd day of February, 2026.

☒   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒   I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

*/s/Sherri Mong*
an employee of Marquis Aurbach

Page 4 of 4

MAC: 14687-456 (#6238655.1)