**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00580-APG-EJY<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE** |

PLAINTIFF, JOSE DECASTRO, by and through counsel of record MICHAEL MEE, ESQ., hereby submits the following Proposed Voir Dire Questions as required by this Court's Trial Order (ECF No. 123). The following proposed questions are submitted for this Court's review:

1. Please tell us your name, occupation, and a little about your background.

2. Have you or anyone close to you ever worked for a law enforcement agency?

3. Have you ever had a close family member or friend who is currently or was previously an employee of a government entity whether that be national, state, or local government entities?

4. Have you ever had an experience with law enforcement that left you with strong feelings, either positively or negatively?

5. Is there anyone who feels they would give more weight to the testimony of a law enforcement officer as compared to other types of witnesses?

6. Is there anyone who feels they would give less weight to the testimony of a law enforcement officer as compared to other types of witnesses?

7. Do you believe police officers generally do their jobs well and should be trusted.

8. Do you believe police officers often abuse their authority?

9. Do you believe police officers should be given the benefit of the doubt when accused of misconduct?

10. Do you believe lawsuits against police officers are usually unfair?

11. Do you believe lawsuits against police officers are usually necessary to ensure accountability?

12. Have you ever formed opinions about police conduct based on news, social media, or publicized incidents?

13. Do you believe that police officers should be held to higher standards than civilians, the same standards, or lower standards?

14. Do you believe it is possible for a police officer to violate someone's constitutional rights even while trying to do their job?

15. Do you believe that if a person was arrested or detained, the police officer probably had a good reason?

16. Do you believe civil rights lawsuits improve policing?

17. Have you or anyone close to you ever filed a complaint, claim, or lawsuit against law enforcement?

18. Have you or anyone close to you ever been arrested, detained, or questioned by police?

19. Can you fairly consider evidence that challenges an officer's version of events?

20. Would any of those opinions make it difficult for you to be fair to both sides in this case?

Dated this 3rd day of February, 2026.

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726
attorneymichaelmee@gmail.com
*Counsel for Plaintiff*

**CERTFICIATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Plaintiff's Proposed Jury Voir Dire was served upon those parties registered to receive electronic service in the above-captioned matter.

Dated this 3rd day of February, 2026.

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726
attorneymichaelmee@gmail.com
*Counsel for Plaintiff*