**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00580-APG-EJY<br><br>**PLAINTIFF'S STATEMENT OF THE CASE** |

Plaintiff, JOSE DECASTRO, by and through his attorney of record Michael Mee, Esq., hereby submits his Statement of the Case as directed by this Court's pretrial order (ECF No. 123). Plaintiff Jose DeCastro brings this action against the Las Vegas Metropolitan Police Department ("LVMPD") and LVMPD officers Branden Bourque, Jason Torrey, Chadly Dingle, Brandon Sorenson, Jesse Sandoval, and Clinton Doolittle arising from a police encounter that occurred on March 15, 2023.

On that date, DeCastro encountered a traffic stop in a public shopping center parking lot involving Officer Bourque and a civilian motorist. From a short distance away, DeCastro began recording the interaction on his cell phone. DeCastro remained at a reasonable distance, did not interfere with the stop, and was lawfully exercising his First Amendment right to record police activity in public. Officer Bourque ordered him to move back despite his compliance and, after DeCastro verbally asserted his rights and requested a supervisor, Officer Bourque arrested him without probable cause. This arrest is alleged to have been in retaliation for DeCastro's exercise of his First Amendment rights in filming public law enforcement conduct.

DeCastro further alleges that after he was handcuffed, Officer Sandoval used excessive force against him, including applying prolonged and painful pressure despite DeCastro telling them they were injuring him, as well as causing further injury to his arm and shoulder. DeCastro contends that Sergeant Torrey and Officers Sorenson, Dingle, and Doolittle were present during the encounter, observed the alleged constitutional violations, and failed to intervene.

Dated this 3rd day of February, 2026..

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726
*Counsel for Plaintiff*

## CERTFICIATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Plaintiff's Statement of the Case was served upon those parties registered to receive electronic service in the above-captioned matter.

Dated this 3rd day of February, 2026..

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726
attorneymichaelmee@gmail.com
*Counsel for Plaintiff*