**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com

Las Vegas Metropolitan Police Department
Michael Dickerson, Esq.
Nevada Bar No. 13476
400 S. Martin Luther King Blvd.
Las Vegas, Nevada 89106
Telephone: (702) 828-3310
Facsimile: (702) 828-3191
Email: m21399d@lvmpd.com

Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>          Plaintiff,<br><br>     vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>          Defendants. | Case Number:<br>2:23-cv-00580-APG-EJY<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR LVMPD DEFENDANTS** |

PLEASE TAKE NOTICE that Attorney Michael Dickerson, Esq. of the Las Vegas Metropolitan Police Department ("LVMPD") represents Defendants LVMPD, Ofc. Branden Bourque, Sgt. Jason Torrey, Ofc. Chadly Dingle, Ofc. Brandon Sorenson, Ofc. Jesse Sandoval and Ofc. Clinton Doolittle (collectively "LVMPD Defendants"), together with attorneys Craig

MAC: 14687-456 (#6222705.1)

R. Anderson, Esq. and Nicholas M. Adams, Esq. of Marquis Aurbach, in the above-referenced action.

Dated this 5th day of February, 2026.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT

By: *s/Michael Dickerson*
Michael Dickerson, Esq.
Nevada Bar No. 13476
400 S. Martin Luther King Blvd.
Las Vegas, Nevada 89106

MARQUIS AURBACH

By *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for LVMPD Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF ASSOCIATION OF COUNSEL FOR LVMPD DEFENDANTS** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 5th day of February, 2026.

☒   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒   I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

*s/ Shandell Auten*
An Employee of the Las Vegas Metropolitan Police Department – Office of General Counsel

MAC: 14687-456 (#6222705.1)