THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| JOSE DECASTRO,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>        Defendant. | 2:23-cv-00580-APG-EJY-1<br><br>DATE: February 9, 2026<br><br>Courtroom 6C |

THE HONORABLE Andrew P. Gordon, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen      COURT REPORTER: Judy Moore

COUNSEL FOR PLAINTIFF:  Michael Mee

COUNSEL FOR DEFENDANT:   Craig Anderson, Michael Dickerson, and Nicholas Adams

MINUTES OF PROCEEDINGS: Jury Trial (Day 1)

Jose DeCastro is present with counsel. Officers Doolittle, Dingle, Sandoval, Bourque, Turley, and Sorenson are present with counsel.

8:32 a.m. Trial housekeeping matters are addressed.

8:35 a.m. The Court goes off the record to await the prospective jury panel.

8:44 a.m. Forty-four (44) prospective jurors enter and are sworn. Voir dire commences.

10:00 a.m. The prospective jurors are excused. Outside their presence, counsel exercise peremptory challenges.

10:23 a.m. The panel returns. The selected jurors are called and sworn; the remaining jurors are thanked and excused. The Court instructs the jury.

10:33 a.m. The jury is excused.

The Court recesses from 10:33 a.m. until 10:48 a.m.

10:48 a.m. The jury returns. Opening statements are presented by Mr. Mee and Mr. Anderson.

11:24 a.m. The jury is excused.

11:37 a.m. The jury returns. Mr. Mee calls Sgt. Erland Torrey, who is sworn and testifies.

12:09 p.m. The jury is excused for lunch.

The Court recesses from 12:10 p.m. until 12:51 p.m.

1:01 p.m. The jury returns. Sgt. Torrey's testimony continues. Defendants' Exhibit 519 is marked and admitted.

2:30 p.m. The jury is excused for afternoon break.

The Court recesses from 2:30 p.m. until 2:46 p.m.

2:47 p.m. The jury returns. Sgt. Torrey's testimony concludes, including cross and re-direct examination. The witness is excused.

3:17 p.m. The jury is admonished and excused for the evening.

Jury trial is continued to January 27, 2026, at 9:30 a.m. in Las Vegas Courtroom 6C.

3:19 p.m. Court adjourned.

DEBRA K. KEMPI
CLERK U.S. DISTRICT COURT

BY:\_\_\_\_/S/_____
M. Johansen
Courtroom Administrator