THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| JOSE DECASTRO,<br><br>            Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>            Defendant. | 2:23-cv-00580-APG-EJY-1<br><br>DATE: February 10, 2026<br><br>Courtroom 6C |

THE HONORABLE Andrew P. Gordon, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen   COURT REPORTER: Judy Moore and Samantha McNett

COUNSEL FOR PLAINTIFF:  Michael Mee

COUNSEL FOR DEFENDANT:  Craig Anderson, Michael Dickerson, and Nicholas Adams

MINUTES OF PROCEEDINGS: Jury Trial (Day 2)

Jose DeCastro is present with counsel. Officers Doolittle, Dingle, Sandoval, Bourque, Turley, and Sorenson are present with counsel.

9:33 a.m. Trial housekeeping matters are addressed.

9:38 a.m. The jury enters the courtroom. Officer Branden Bourque is sworn and testifies.

10:37 a.m. The jury is excused for a morning break.

10:38 a.m. - 10:59 a.m. Court recessed.

11:00 a.m. The jury returns. Officer Bourque continues testimony.

11:49 a.m. Jury excused for lunch.

11:50 a.m. until 12:43 p.m. Court recessed.

12:44 p.m. The jury returns. Officer Jesse Sandoval is sworn and testifies.

2:03 p.m. Jury excused for afternoon break.

2:03 p.m. - 2:20 p.m. Court recessed.

2:21 p.m. The jury returns. Officer Sandoval continues and is excused. Officer Clinton Doolittle is sworn, testifies, and is excused.

3:35 p.m. Jury admonished and excused for the evening.

Jury trial continued to February 11, 2026, at 8:30 a.m., Las Vegas Courtroom 6C.

3:38 p.m. Court adjourned.

DEBRA K. KEMPI, CLERK  
U.S. DISTRICT COURT

BY: ___/S/_____  
Melissa Johansen, Deputy Clerk