THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

|  |  |
|---|---|
| JOSE DECASTRO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendant. | 2:23-cv-00580-APG-EJY-1<br><br>DATE: February 11, 2026<br><br>Courtroom 6C |

THE HONORABLE Andrew P. Gordon, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen    COURT REPORTER: Judy Moore

COUNSEL FOR PLAINTIFF: Michael Mee

COUNSEL FOR DEFENDANT: Craig Anderson, Michael Dickerson, and Nicholas Adams

MINUTES OF PROCEEDINGS: Jury Trial (Day 3)

Jose DeCastro is present with counsel. Officers Doolittle, Dingle, Sandoval, Bourque, Turley, and Sorenson are present with counsel.

8:38 a.m. Court convenes outside the presence of the jury.

8:41 a.m. The jury enters the courtroom. Officer Dingle is sworn, testifies, and is excused.

9:44 a.m. The jury is excused for a morning break.

9:45 a.m. until 10:02 a.m. Court recessed.

10:03 a.m. The jury enters the courtroom. Officer Sorenson is sworn, testifies, and is excused.

11:05 a.m. The jury is excused for a break.

11:05 a.m. until 11:12 a.m. Court recessed.

11:14 a.m. The jury enters the courtroom. Mr. DeCastro is sworn and testifies.

11:57 a.m. The jury is excused for a lunch break.

11:58 a.m. Outside the presence of the jury, Mr. Anderson moves for a mistrial. Arguments heard.

12:02 p.m. until 12:36 p.m. The court recessed.

12:37 p.m. The jury returns. Mr. DeCastro continues testimony.

1:58 p.m. The jury is excused for an afternoon break.

1:59 p.m. until 2:12 p.m. The court recessed.

2:15 p.m. The jury returns. Mr. DeCastro continues testimony. Defendants' Exhibits 518, 520, and 521 are marked and admitted into evidence.

3:38 p.m. The jury is admonished and excused for the evening.

Outside the presence of the jury and off record, jury instructions are addressed.

Jury trial continued to February 12, 2026, at 8:30 a.m., Las Vegas Courtroom 6C.

4:45 p.m. Court adjourned.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:      /S/
Melissa Johansen, Deputy Clerk