# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendant. | 2:23-cv-00580-APG-EJY-1<br><br>DATE: February 12, 2026<br><br>Courtroom 6C |

THE HONORABLE Andrew P. Gordon, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen　　COURT REPORTER: Judy Moore

COUNSEL FOR PLAINTIFF: Michael Mee

COUNSEL FOR DEFENDANT: Craig Anderson, Michael Dickerson, and Nicholas Adams

MINUTES OF PROCEEDINGS: Jury Trial (Day 4)

Jose DeCastro is present with counsel. Officers Doolittle, Dingle, Sandoval, Bourque, Turley, and Sorenson are present with counsel.

8:40 a.m. Court convenes outside the presence of the jury. Jury instructions and verdict form are addressed.

8:44 a.m. The jury enters the courtroom. Mr. DeCastro, having been previously sworn, resumes the stand and continues his testimony. Defendants' Exhibit 524 and Plaintiff's Exhibit 22 are marked and admitted into evidence. The witness is excused.

10:07 a.m. The jury is excused for a morning break.

10:08 a.m. – 10:27 a.m. The Court is in recess.

10:27 a.m. The jury enters the courtroom. The Plaintiff rests. Officer Bourque is called to the stand, sworn, testifies, and is excused. Defendants' Exhibits 505 and 513 are marked and admitted into evidence.

11:48 a.m. The jury is excused for lunch.

Outside the presence of the jury, the Court hears argument regarding Defendants' Rule 50(a) motion. The motion is taken under advisement. Trial housekeeping matters are discussed.

12:12 p.m. – 1:05 p.m. The Court is in recess.

1:07 p.m. The jury enters the courtroom. The Court instructs the jury on the law. Closing argument is presented by Mr. Mee.

2:40 p.m. The jury is excused for a break.

2:40 p.m. – 2:55 p.m. The Court is in recess.

2:55 p.m. The jury enters the courtroom. Closing argument is presented by Mr. Anderson. Rebuttal argument is presented by Mr. Mee. The Court provides final instructions to the jury. The bailiff is sworn.

3:42 p.m. The jury retires to deliberate.

3:44 p.m. – 3:52 p.m. The Court is in recess.

Outside the presence of the jury, the Court informs the parties that deliberations will resume on February 13, 2026, at 8:30 a.m. Off the record, the jury is admonished and excused for the evening.

Jury trial continued to February 13, 2026, at 8:30 a.m., Las Vegas, Courtroom 6C.

3:53 p.m. Court adjourned.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:     /S/
M. Johansen, Deputy Clerk