| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 1 | | Case No. C-24-381730-A Order Granting Appeal |
| | | 2 | | Las Vegas Justice Court 23-CR-013015 Reporter's Transcript of Proceedings March 19, 2024 |
| | | 3 | | Case No. C-24-381730-A Motion for Bail, or in the Alternative, for Own Recognizance Release - March 26, 2024 |
| | | 4 | | Case No. C-24-381730-A Motion for Bail, or in the Alternative, for Own Recognizance Release - April 04, 2024 |
| | | 5 | | Case No. C-24-381730-A Reporter's Transcript of Proceeding - Bail Motion - April 1, 2024 |
| | | 6 | | COMPLAINT against Branden Bourque, C Dingle, Doolittle, Las Vegas Metropolitan Police Department, Jesse Sandoval, B Sorenson, State of Nevada, Jason Torrey by Jose DeCastro. |

_____ FILED
_____ ENTERED
_____ RECEIVED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 1 3 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

Case 2:23-cv-00580-APG-EJY    Document 139    Filed 02/03/26    Page 3 of 6

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 7 | | AMENDED COMPLAINT with Jury Demand by Jose DeCastro. |
| | | 8 | | ANSWER to 13 Amended Complaint filed by Las Vegas Metropolitan Police Department. |
| | | 9 | | ORDER granting in part Defendants' Motion for Summary Judgment |
| | | 10 | | ORDER Denying 102 Defendants' Renewed Motion for Summary Judgment. |
| | | 11 | | CAD Report for Event No. LLV230300064617 |
| | | 12 | | Cad until Log by Incident Number |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 13 | | IA Statement of Complaint |
| | | 14 | | LVMPD Incident Report |
| | | 15 | | Citation |
| | | 16 | | Declaration of Arrest |
| | | 17 | | Temporary Custody Record |
| | | 18 | | LVMPD Detention Services Division Booking Voucher |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 19 | | IAB Complaint Form |
| | | 20 | | LVMPD Use of Force Policy 3.110 |
| | | 21 | | LVMPD Arrests Without Warrants Policy 4.102 |
| | | 22 | | Plaintiff's Photographs of Injured Elbow following Incident. |
| | | 21 | | Plaintiff's Responses to Defendants' Interrogatories and Requests for Production of Document |

2/12/26    2/12/26    22    Decastro    First Amended Complaint

Dated this 3rd day of February, 2026..

/s/ **Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726
*Counsel for Plaintiff*

5