Case 2:23-cv-00580-APG-EJY    Document 145    Filed 02/06/26    Page 2 of 5

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 13 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Case #2:23-cv-00580-APG-EJY
Caption: *DeCastro v. LVMPD, et al.*

Exhibits for: *Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc. Doolittle*

Page 1

| Date Marked | Date Omitted | Number | Witness | Description[1] |
|---|---|---|---|---|
|  |  | 501 |  | CAD Report for Event No. LLV230300064617 |
|  |  | 502 |  | CAD Unit Log by Incident Number |
|  |  | 503 |  | IA Statement of Complaint |
| 2/10/26 | 2/10/26 | 504 | Bourque | LVMPD Incident Report |
| 2/12/26 | 2/12/26 | 505 | Bourque | Citation |
|  |  | 506 |  | Declaration of Arrest Report |
|  |  | 507 |  | Temporary Custody Record |
|  |  | 508 |  | LVMPD Detention Services Division Booking Voucher |
|  |  | 509 |  | IAB Complaint Form |
|  |  | 510 |  | LVMPD Use of Force Policy 3.110 |
|  |  | 511 |  | LVMPD Arrests Without Warrants Policy 4.102 |
|  |  | 512 |  | LVMPD Lesson Plans dated December 2015 regarding Policies 3.02, 3.04, 3.19, 3.20, 4.05, 6.13, 8.05, 8.24, and 13.08 |
| 2/12/26 | 2/12/26 | 513 | Bourque | LVMPD Lesson Plans dated February 2016 regarding Policies 3.02, 3.04, 3.19, 3.20, 4.05, 8.05, 8.24, 8.26, 13.08, and 16.19 |

---

[1] Plaintiff and LVMPD Defendants have stipulated as to the authenticity of Exhibit Nos. 501-511 and Exhibit Nos. 515-523 but have not stipulated as to the admissibility of those exhibits.

Page 2 of 5

MAC: 14687-456 (#6247033.1)

|   | Date Marked | Date Omitted | Number | Witness | Description[1] |
|---|---|---|---|---|---|
|   |   |   | 514 |   | LVMPD Lesson plans dated February 2022 regarding policies 3.02, 3.04, 3.09, 3.16, 4.05, 6.01, 8.18, 10.08, 13.08, and 16.05 |
|   |   |   | 515 |   | Dispatch Radio Calls |
|   |   |   | 516 |   | DeCastro's Youtube Video - Let's File My Lawsuit Against the Las Vegas Tyrant Cops from My Unlawful Arrest |
|   |   |   | 517 |   | DeCastro's YouTube Video - The Las Vegas Metro Police Dept Lawsuit: 12:30PM PST – April 18, 2023 |
|   |   |   | 518 |   | DeCastro's YouTube Video - LAWSUIT FILED! DELETELAWZ IS ARRESTED FOR FILMING COPS BY LAS VEGAS METRO P!G BRENDEN BORK – May 16, 2023 |
|   | 2/11/26 | 2/11/26 | 518A | DeCastro | DeCastro's YouTube Video - LAWSUIT FILED! DELETELAWZ IS ARRESTED FOR FILMING COPS BY LAS VEGAS METRO P!G BRENDEN BORK – May 16, 2023 (Clip 1) |
|   |   |   | 518B |   | DeCastro's YouTube Video - LAWSUIT FILED! DELETELAWZ IS ARRESTED FOR FILMING COPS BY LAS VEGAS METRO P!G BRENDEN BORK – May 16, 2023 (Clip 2) |
|   |   |   | 518C |   | DeCastro's YouTube Video - LAWSUIT FILED! DELETELAWZ IS ARRESTED FOR FILMING COPS BY LAS VEGAS METRO P!G BRENDEN BORK – May 16, 2023 (Clip 3) |
|   |   |   | 518D |   | DeCastro's YouTube Video - LAWSUIT FILED! DELETELAWZ IS ARRESTED FOR FILMING COPS BY LAS VEGAS METRO P!G BRENDEN BORK – May 16, 2023 |

MAC: 14687-456 (#6247033.1)

|   |   |   |   | Page 1 |
|---|---|---|---|---|
| Date Marked | Date Omitted | Number | Witness | Description[1] |
|   |   |   |   | (Clip 4) |
|   |   | 519 |   | DeCastro Cell Phone Video of Subject Incident |
| 2/9/26 | 2/9/26 | 519A | Torrey | DeCastro Cell Phone Video of Subject Incident (Clip 1) |
|   |   | 519B |   | DeCastro Cell Phone Video of Subject Incident (Clip 2) |
|   |   | 519C |   | DeCastro Cell Phone Video of Subject Incident (Clip 3) |
|   |   | 520 |   | DeCastro's YouTube Video - TEAM DLZ FOLLOWS A RIGID SET OF POLICIES, PROCEDURES & PROTOCOLS – February 4, 2024 |
| 2/11/26 | 2/11/26 | 520A | DeCastro | DeCastro's YouTube Video - TEAM DLZ FOLLOWS A RIGID SET OF POLICIES, PROCEDURES & PROTOCOLS – February 4, 2024 (Clip 1) |
|   |   | 521 |   | DeCastro's YouTube Video - WE DONT STOP – September 17, 2024 |
| 2/11/26 | 2/11/26 | 521A | DeCastro | DeCastro's YouTube Video - WE DONT STOP – September 17, 2024 (Clip 1) |
|   |   | 521B |   | DeCastro's YouTube Video - WE DONT STOP – September 17, 2024 (Clip 2) |
|   |   | 522 |   | Our Nevada Judges, Inc. Video - The State of Nevada vs Jose "Chille" DeCastro, March 19, 2024 – March 19, 2024 |
|   |   | 523 |   | Plaintiff's Responses to Defendants' Interrogatories and Requests for Production of Documents |
| 2/12/26 | 2/12/26 | 524 |   | DeCastro 2nd Amended Complaint |

Page 4 of 5

MAC: 14687-456 (#6247033.1)