UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE DECASTRO,

    Plaintiff

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants

Case No.: 2:23-cv-00580-APG-EJY

**Verdict Form**

We, the jury in the above-titled action, having fully deliberated in this matter, unanimously find the following:

### False Arrest Claim Against Bourque

1. Did Branden Bourque have probable cause to arrest Jose DeCastro for obstructing a public officer or resisting arrest on March 15, 2023?

    YES **X**    NO _____

*Answer Question 2 only if you answered "No" to Question 1. If you answered "Yes" to Question 1, skip Question 2.*

2. If you answered "No" to Question 1, what is the amount of damages you award Jose DeCastro against Branden Bourque for this claim?

    $ _____

*Reminder: Jose DeCastro cannot recover more than once for the same injury.*

### Unlawful Search and Seizure / Invasion of Privacy Claims Against Bourque

*Answer Question 3 only if you answered "No" to Question 1. If you answered "Yes" to Question 1, skip Questions 3 and 4.*

3. Did Branden Bourque violate Jose DeCastro's right to be free from unreasonable searches when he searched Jose DeCastro incident to his arrest on March 15, 2023?

     YES \_\_\_\_\_   NO \_\_\_\_\_

*Answer Question 4 only if you answered "Yes" to Question 3. If you answered "No" to Question 3, skip Question 4.*

4. If you answered "Yes" to Question 3, what is the amount of damages you award Jose DeCastro against Branden Bourque?

 $ _____

### Excessive Force and Battery Claims Against Bourque

5. Did Branden Bourque batter or use excessive force against Jose DeCastro on March 15, 2023?

     YES \_\_\_\_\_   NO  X

*Answer Question 6 only if you answered "Yes" to Question 5. If you answered "No" to Question 5, skip Question 6.*

6. If you answered "Yes" to Question 5, what is the amount of damages you award Jose DeCastro against Branden Bourque?

 $ _____

### Excessive Force and Battery Claims Against Sandoval

7. Did Jesse Sandoval batter or use excessive force against Jose DeCastro on March 15, 2023?

     YES \_\_\_\_\_   NO  X

2

*Answer Question 8 only if you answered "Yes" to Question 7. If you answered "No" to Question 7, skip Question 8.*

8. If you answered "Yes" to Question 7, what is the amount of damages you award Jose DeCastro against Jesse Sandoval?

   $ _____

   *Reminder: Jose DeCastro cannot recover more than once for the same injury.*

**Failure to Intervene Claims Against Bourque, Dingle, Sorenson, and Doolittle**

*Answer Questions 9-12 only if you answered "Yes" to Question 7. If you answered "No" to Question 7, skip Questions 9-12.*

9. Did Branden Bourque fail to intervene in Jesse Sandoval's use of excessive force against Jose DeCastro?

   YES _____    NO _____

10. Did Chadly Dingle fail to intervene in Jesse Sandoval's use of excessive force against Jose DeCastro?

    YES _____    NO _____

11. Did Brandon Sorenson fail to intervene in Jesse Sandoval's use of excessive force against Jose DeCastro?

    YES _____    NO _____

12. Did Clinton Doolittle fail to intervene in Jesse Sandoval's use of excessive force against Jose DeCastro?

    YES _____    NO _____

3

*Answer Questions 13-16 only if you answered "Yes" to any of Questions 9-12. If you answered "No" to Questions 9-12, skip Questions 13-16.*

13. If you answered "Yes" to Question 9, what is the amount of damages you award Jose DeCastro against Branden Bourque?

    $ _____

14. If you answered "Yes" to Question 10, what is the amount of damages you award Jose DeCastro against Chadly Dingle?

    $ _____

15. If you answered "Yes" to Question 11, what is the amount of damages you award Jose DeCastro against Brandon Sorenson?

    $ _____

16. If you answered "Yes" to Question 12, what is the amount of damages you award Jose DeCastro against Clinton Doolittle?

    $ _____

*Reminder: Jose DeCastro cannot recover more than once for the same injury. Allocate the damages among these defendants as you see fit.*

### First Amendment Retaliation Claim Against Bourque and Torrey

*Answer Question 17 only if you answered "No" to Question 1. If you answered "Yes" to Question 1, skip Question 17.*

17. If you answered "No" to Question 1, did Branden Bourque arrest Jose DeCastro to retaliate against DeCastro for his filming of the traffic stop?

    YES _____    NO _____

4

*Answer Question 18 only if you answered "Yes" to Question 1. If you answered "No" to Question 1, skip Question 18.*

18. If you answered "Yes" to Question 1, did defendant Branden Bourque arrest plaintiff Jose DeCastro when other similarly situated individuals not engaged in the same sort of protected speech are typically not arrested?

    YES _____    NO __X__

*Answer Question 19 only if you answered "Yes" to Question 17 OR "Yes" to Question 18. If you answered "No" to Question 17 and Question 18, skip Question 19.*

19. Did Erland Torrey ratify Branden Bourque's retaliatory arrest of Jose DeCastro?

    YES _____    NO _____

### Selective Enforcement Claim Against Bourque and Torrey

20. Did Branden Bourque selectively enforce the law against Jose DeCastro based on his filming or speech?

    YES _____    NO __X__

*Answer Question 21 only if you answered "Yes" to Question 20. If you answered "No" to Question 20, skip Question 21.*

21. Did Erland Torrey ratify defendant Branden Bourque selectively enforcing the law against Jose DeCastro based on his filming or speech?

    YES _____    NO _____

////
////
////

5

**Damages for the First Amendment Retaliation and Selective Enforcement Claims**

*Answer Question 22 only if you answered "Yes" to Questions 17, 18, OR 20. If you answered "No" to Questions 17, 18, AND 20, skip Question 22.*

22. If you answered "Yes" to Questions 17, 18, OR 20, what is the amount of damages you award Jose DeCastro against Branden Bourque?

    $ _____

*Answer Question 23 only if you answered "Yes" to Questions 19 OR 21. If you answered "No" to Questions 19 and 21, skip Question 23.*

23. If you answered "Yes" to Questions 19 OR 21, what is the amount of damages you award Jose DeCastro against Erland Torrey?

    $ _____

    *Reminder: Jose DeCastro cannot recover more than once for the same injury. Allocate the damages between these two defendants as you see fit.*

**Nominal Damages**

24. If you found for Jose DeCastro on any of his § 1983 claims but did not award him damages on that claim, you must award nominal damages. Nominal damages may not exceed one dollar. What amount of nominal damages do you award for any violations of DeCastro's constitutional rights against the following:

    Brandon Bourque      $ __0__

    Erland Torrey        $ __0__

    Jesse Sandoval       $ __0__

    Chadly Dingle        $ __0__

6

|   |   |
|---|---|
| Brandon Sorenson | $ 0 |
| Clinton Doolittle | $ 0 |

### Punitive Damages

25. Is Jose DeCastro entitled to punitive damages against any of the following?

| | | |
|---|---|---|
| Brandon Bourque | YES ____ | NO  X  |
| Erland Torrey | YES ____ | NO  X  |
| Jesse Sandoval | YES ____ | NO  X  |
| Chadly Dingle | YES ____ | NO  X  |
| Brandon Sorenson | YES ____ | NO  X  |
| Clinton Doolittle | YES ____ | NO  X  |

26. What amount of punitive damages do you award against the following?

| | |
|---|---|
| Brandon Bourque | $ 0 |
| Erland Torrey | $ 0 |
| Jesse Sandoval | $ 0 |
| Chadly Dingle | $ 0 |
| Brandon Sorenson | $ 0 |
| Clinton Doolittle | $ 0 |

////
////
////
////
////

7

**Total Damages**

27. As I instructed you, Jose DeCastro cannot recover damages more than once for the same injury. What is the total amount of damages you are awarding to Jose DeCastro on each of the following claims?

**False arrest**
(Question 2):                                    $  0

**Improper search and seizure / invasion of privacy**
(Question 4):                                    $  _____

**Excessive force / battery**
(Add Questions 6, 8, 13, 14, 15, and 16):        $  0

**First Amendment retaliation / selective enforcement**
(Add Questions 22 and 23):                       $  0

**Nominal damages**
(Add Question 24):                               $  0

**Punitive damages**
(Add Question 26):                               $  0

Total:                                           $  0

*Sign and date the verdict and return it to the bailiff.*

DATED this 13 day of February, 2026.

/s/ _____
PRESIDING JUROR