# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| JOSE DECASTRO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendant. | 2:23-cv-00580-APG-EJY-1<br><br>DATE: February 13, 2026<br><br>Courtroom 6C |

THE HONORABLE Andrew P. Gordon, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen      COURT REPORTER: Judy Moore

COUNSEL FOR PLAINTIFF:  Michael Mee

COUNSEL FOR DEFENDANT:  Craig Anderson, Michael Dickerson, and Nicholas Adams

MINUTES OF PROCEEDINGS: Jury Trial (Day 5)

Jose DeCastro is present with counsel. Officers Doolittle, Dingle, Sandoval, Bourque, Turley, and Sorenson are present with counsel.

8:30 a.m. The jury, having commenced deliberations on February 12, 2026, continued deliberations.

11:37 a.m. Court convenes outside the presence of the jury. The Court notes receipt of a note from the jury advising that a verdict has been reached.

11:39 a.m. The jury enters the courtroom. The foreperson is identified, and the verdict is published. The Court thanks and excuses the jury.

IT IS ORDERED that the Clerk of Court shall enter judgment in accordance with the verdict.

11:45 a.m. Court adjourned.

　　　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK
　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT

　　　　　　　　　　　　　　　　　　　　　　　　BY:　　/S/
　　　　　　　　　　　　　　　　　　　　　　　　Melissa Johansen, Deputy Clerk