AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Jose DeCastro

                Plaintiff,

v.

Las Vegas Metropolitan Police Department et al

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00580-APG-EJY

[X]  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ ]  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendants, Las Vegas Metropolitan Police Department, Branden Bourque, Jason Torrey, C. Dingle, B. Sorenson, Jesse Sandoval, C. Doolittle, Erland Torrey, against Plaintiff, Jose DeCastro.

02/19/2026  
Date

DEBRA K. KEMPI  
Clerk

/s/JG  
Deputy Clerk