AO 133    (NVD Rev. 11/23)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,

                                                    *Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .  _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . .  _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

                                                                  TOTAL    $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| 28 U.S.C. § 1924 and LR 54-1(b) require an affidavit to be attached to this bill. |
|---|

DECLARATION:  I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action
and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served
on all parties in the following manner:

       ❏   Electronic service            ❏   First class mail, postage prepaid

       ❏   Other: _____

          s/ Attorney: _____

                Name of Attorney: _____

For: _____     Date: _____
                *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
     *Clerk of Court*                           *Deputy Clerk*                  *Date*

# UNITED STATES DISTRICT COURT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | | |
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | Total Cost Each Witness |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | **TOTAL** | | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

## RULE 6

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

## RULE 58(e)

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

1  **Marquis Aurbach**
Craig R. Anderson, Esq.
2  Nevada Bar No. 6882
Nicholas M. Adams, Esq.
3  Nevada Bar No. 15859
4  10001 Park Run Drive
Las Vegas, Nevada 89145
5  Telephone: (702) 382-0711
Facsimile: (702) 382-5816
6  canderson@maclaw.com
7  nadams@maclaw.com
   *Attorneys for Defendants LVMPD, Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson,*
8  *Ofc. Sandoval and Ofc. Doolittle*

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF NEVADA**

| | |
|---|---|
| 11  JOSE DECASTRO, | Case Number: |
| 12             Plaintiff, | 2:23-cv-00580-APG-EJY |
| 13      vs. | **DECLARATION OF CRAIG R.** |
| 14  LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; | **ANDERSON, ESQ. IN SUPPORT OF LVMPD DEFENDANTS' BILL OF** |
| 15  BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE | **COSTS** |
| 16  SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive, | |
| 17 | |
| 18             Defendants. | |

19      I, Craig R. Anderson, Esq., declare as follows:

20      1.      I am over the age of eighteen (18) years of age and have personal knowledge

21  of the facts stated herein, except for those stated upon information and belief, and as to those,

22  I believe them to be true. I am competent to testify as to the facts stated herein in a Court of

23  law and will so testify if called upon.

24      2.      I am counsel for Defendants Las Vegas Metropolitan Police Department

25  ("LVMPD"), Sgt. Torrey, Ofc. Bourque, Ofc. Dingle, Ofc. Sorenson, Ofc. Sandoval and Ofc.

26  Doolittle in the case *Decastro v. LVMPD, et al.*, Case No. 2:23-cv-00580-APG-EJY.

27

MAC: 14687-456 (#6262281.1)

1

2

3. This Declaration is submitted to the Court to support the LVMPD Defendants' Bill of Costs.

4. The items of expense described in the Bill of Costs to which this declaration is attached were necessarily incurred in the subject case and the services for which the described fees have been charged were actually and necessarily performed.

5. Pursuant to NRS § 53.045, I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 4th day of March, 2026.

_s/Craig R. Anderson_
Craig R. Anderson

MAC: 14687-456 (#6262281.1)

| Accounting Date | Cost Code | Units | Amount |
|---|---|---|---|
| 05-11-2023 | Copies | 4 | $ 1.00 |
| 05-11-2023 | Copies | 3 | $ 0.75 |
| 06-05-2023 | Copies | 1 | $ 0.25 |
| 06-05-2023 | Copies | 19 | $ 4.75 |
| 06-05-2023 | Copies | 2 | $ 0.50 |
| 06-07-2023 | Copies | 1 | $ 0.25 |
| 06-07-2023 | Copies | 2 | $ 0.50 |
| 06-12-2023 | Copies | 3 | $ 0.75 |
| 06-12-2023 | Copies | 3 | $ 0.75 |
| 06-12-2023 | Copies | 10 | $ 2.50 |
| 06-12-2023 | Copies | 3 | $ 0.75 |
| 06-23-2023 | Copies | 8 | $ 2.00 |
| 06-23-2023 | Copies | 3 | $ 0.75 |
| 06-23-2023 | Copies | 4 | $ 1.00 |
| 06-23-2023 | Copies | 1 | $ 0.25 |
| 06-23-2023 | Copies | 1 | $ 0.25 |
| 06-23-2023 | Copies | 14 | $ 3.50 |
| 07-06-2023 | Copies | 1 | $ 0.25 |
| 07-06-2023 | Copies | 1 | $ 0.25 |
| 07-06-2023 | Copies | 8 | $ 2.00 |
| 07-19-2023 | Copies | 5 | $ 1.25 |
| 07-19-2023 | Copies | 1 | $ 0.25 |
| 07-19-2023 | Copies | 1 | $ 0.25 |
| 07-19-2023 | Copies | 16 | $ 4.00 |
| 07-19-2023 | Copies | 1 | $ 0.25 |
| 07-19-2023 | Copies | 1 | $ 0.25 |
| 07-21-2023 | Copies | 2 | $ 0.50 |
| 07-24-2023 | Copies | 1 | $ 0.25 |
| 07-26-2023 | Copies | 1 | $ 0.25 |
| 07-26-2023 | Copies | 1 | $ 0.25 |
| 07-26-2023 | Copies | 2 | $ 0.50 |
| 08-02-2023 | Copies | 1 | $ 0.25 |
| 08-04-2023 | Copies | 15 | $ 3.75 |
| 09-21-2023 | Copies | 5 | $ 1.25 |
| 11-14-2023 | Copies | 1 | $ 0.25 |
| 11-16-2023 | Copies | 1 | $ 0.25 |
| 11-16-2023 | Copies | 1 | $ 0.25 |
| 11-16-2023 | Copies | 4 | $ 1.00 |
| 11-16-2023 | Copies | 1 | $ 0.25 |
| 11-17-2023 | Copies | 2 | $ 0.50 |
| 11-17-2023 | Copies | 2 | $ 0.50 |
| 11-17-2023 | Copies | 8 | $ 2.00 |
| 11-18-2023 | Copies | 4 | $ 1.00 |
| 11-18-2023 | Copies | 4 | $ 1.00 |
| 11-20-2023 | Copies | 5 | $ 1.25 |
| 11-20-2023 | Copies | 1 | $ 0.25 |
| 11-27-2023 | Copies | 34 | $ 8.50 |
| 11-27-2023 | Copies | 33 | $ 8.25 |
| 11-27-2023 | Copies | 1 | $ 0.25 |
| 11-28-2023 | Copies | 1 | $ 0.25 |
| 11-28-2023 | Copies | 5 | $ 1.25 |

| Accounting Date | Cost Code | Units | Amount |
|---|---|---|---|
| 12-01-2023 | Copies | 1 | $ 0.25 |
| 12-01-2023 | Copies | 8 | $ 2.00 |
| 12-01-2023 | Copies | 8 | $ 2.00 |
| 12-01-2023 | Copies | 7 | $ 1.75 |
| 12-04-2023 | Copies | 9 | $ 2.25 |
| 12-04-2023 | Copies | 4 | $ 1.00 |
| 12-04-2023 | Copies | 1 | $ 0.25 |
| 12-05-2023 | Copies | 5 | $ 1.25 |
| 12-05-2023 | Copies | 1 | $ 0.25 |
| 12-04-2023 | Copies | 9 | $ 2.25 |
| 12-04-2023 | Copies | 4 | $ 1.00 |
| 12-04-2023 | Copies | 1 | $ 0.25 |
| 12-12-2023 | Copies | 1 | $ 0.25 |
| 12-12-2023 | Copies | 4 | $ 1.00 |
| 12-12-2023 | Copies | 4 | $ 1.00 |
| 12-12-2023 | Copies | 1 | $ 0.25 |
| 12-12-2023 | Copies | 1 | $ 0.25 |
| 12-11-2023 | Copies | 1 | $ 0.25 |
| 12-11-2023 | Copies | 1 | $ 0.25 |
| 12-11-2023 | Copies | 1 | $ 0.25 |
| 12-11-2023 | Copies | 1 | $ 0.25 |
| 12-11-2023 | Copies | 35 | $ 8.75 |
| 12-11-2023 | Copies | 34 | $ 8.50 |
| 12-11-2023 | Copies | 1 | $ 0.25 |
| 12-11-2023 | Copies | 35 | $ 8.75 |
| 12-11-2023 | Copies | 1 | $ 0.25 |
| 12-11-2023 | Copies | 1 | $ 0.25 |
| 12-11-2023 | Copies | 1 | $ 0.25 |
| 12-11-2023 | Copies | 1 | $ 0.25 |
| 12-11-2023 | Copies | 1 | $ 0.25 |
| 12-11-2023 | Copies | 1 | $ 0.25 |
| 12-18-2023 | Copies | 1 | $ 0.25 |
| 12-18-2023 | Copies | 11 | $ 2.75 |
| 12-18-2023 | Copies | 5 | $ 1.25 |
| 12-18-2023 | Copies | 10 | $ 2.50 |
| 12-18-2023 | Copies | 1 | $ 0.25 |
| 12-13-2023 | Copies | 1 | $ 0.25 |
| 12-15-2023 | Copies | 1 | $ 0.25 |
| 12-15-2023 | Copies | 1 | $ 0.25 |
| 12-15-2023 | Copies | 1 | $ 0.25 |
| 12-15-2023 | Copies | 1 | $ 0.25 |
| 12-15-2023 | Copies | 1 | $ 0.25 |
| 12-28-2023 | Copies | 1 | $ 0.25 |
| 12-28-2023 | Copies | 12 | $ 3.00 |
| 01-10-2024 | Copies | 4 | $ 1.00 |
| 01-10-2024 | Copies | 1 | $ 0.25 |
| 01-12-2024 | Copies | 1 | $ 0.25 |
| 01-22-2024 | Copies | 1 | $ 0.25 |
| 01-25-2024 | Copies | 1 | $ 0.25 |
| 02-05-2024 | Copies | 1 | $ 0.25 |
| 02-08-2024 | Copies | 1 | $ 0.25 |

| Accounting Date | Cost Code | Units | Amount |
|---|---|---|---|
| 02-09-2024 | Copies | 1 | $ 0.25 |
| 02-12-2024 | Copies | 1 | $ 0.25 |
| 02-12-2024 | Copies | 1 | $ 0.25 |
| 02-12-2024 | Copies | 4 | $ 1.00 |
| 02-12-2024 | Copies | 4 | $ 1.00 |
| 02-12-2024 | Copies | 1 | $ 0.25 |
| 03-04-2024 | Copies | 1 | $ 0.25 |
| 04-05-2024 | Copies | 3 | $ 0.75 |
| 06-14-2024 | Copies | 3 | $ 0.75 |
| 06-14-2024 | Copies | 1 | $ 0.25 |
| 06-14-2024 | Copies | 1 | $ 0.25 |
| 06-14-2024 | Copies | 1 | $ 0.25 |
| 06-14-2024 | Copies | 1 | $ 0.25 |
| 06-14-2024 | Copies | 1 | $ 0.25 |
| 06-14-2024 | Copies | 1 | $ 0.25 |
| 06-14-2024 | Copies | 1 | $ 0.25 |
| 06-14-2024 | Copies | 4 | $ 1.00 |
| 06-14-2024 | Copies | 1 | $ 0.25 |
| 06-17-2024 | Copies | 1 | $ 0.25 |
| 08-30-2024 | Copies | 1 | $ 0.25 |
| 09-03-2024 | Copies | 1 | $ 0.25 |
| 09-03-2024 | Copies | 3 | $ 0.75 |
| 09-04-2024 | Copies | 1 | $ 0.25 |
| 09-27-2024 | Copies | 1 | $ 0.25 |
| 09-27-2024 | Copies | 2 | $ 0.50 |
| 10-01-2024 | Copies | 1 | $ 0.25 |
| 09-18-2025 | Copies | 13 | $ 3.25 |
| 09-18-2025 | Copies | 3 | $ 0.75 |
| 01-12-2026 | Copies | 4 | $ 1.00 |
| 01-28-2026 | Copies | 8 | $ 2.00 |
| 01-20-2026 | Copies | 3 | $ 0.75 |
| 02-02-2026 | Copies | 42 | $ 10.50 |
| 02-02-2026 | Copies | 4 | $ 1.00 |
| 02-02-2026 | Copies | 2 | $ 0.50 |
| 02-02-2026 | Copies | 17 | $ 4.25 |
| 02-02-2026 | Copies | 15 | $ 3.75 |
| 02-02-2026 | Copies | 8 | $ 2.00 |
| 02-02-2026 | Copies | 4 | $ 1.00 |
| 02-02-2026 | Copies | 3 | $ 0.75 |
| 02-02-2026 | Copies | 2 | $ 0.50 |
| 02-02-2026 | Copies | 5 | $ 1.25 |
| 02-02-2026 | Copies | 12 | $ 3.00 |
| 02-03-2026 | Copies | 1 | $ 0.25 |
| 02-03-2026 | Copies | 17 | $ 4.25 |
| 02-03-2026 | Copies | 22 | $ 5.50 |
| 02-03-2026 | Copies | 4 | $ 1.00 |
| 02-03-2026 | Copies | 15 | $ 3.75 |
| 02-03-2026 | Copies | 8 | $ 2.00 |
| 02-03-2026 | Copies | 1 | $ 0.25 |
| 02-03-2026 | Copies | 9 | $ 2.25 |
| 02-04-2026 | Copies | 6 | $ 1.50 |

| Accounting Date | Cost Code | Units | Amount |
|---|---|---|---|
| 02-05-2026 | Copies | 2 | $ 0.50 |
| 02-05-2026 | Copies | 4 | $ 1.00 |
| 02-05-2026 | Copies | 4 | $ 1.00 |
| 02-05-2026 | Copies | 4 | $ 1.00 |
| 02-05-2026 | Copies | 4 | $ 1.00 |
| 02-05-2026 | Copies | 4 | $ 1.00 |
| 02-05-2026 | Copies | 4 | $ 1.00 |
| 02-05-2026 | Copies | 11 | $ 2.75 |
| 02-05-2026 | Copies | 13 | $ 3.25 |
| 02-05-2026 | Copies | 18 | $ 4.50 |
| 02-06-2026 | Copies | 7 | $ 1.75 |
| 02-06-2026 | Copies | 1 | $ 0.25 |
| 02-07-2026 | Copies | 12 | $ 3.00 |
| 02-07-2026 | Copies | 12 | $ 3.00 |
| 02-07-2026 | Copies | 7 | $ 1.75 |
| 02-07-2026 | Copies | 3 | $ 0.75 |
| 02-07-2026 | Copies | 1 | $ 0.25 |
| 02-07-2026 | Copies | 3 | $ 0.75 |
| 02-07-2026 | Copies | 5 | $ 1.25 |
| 02-07-2026 | Copies | 18 | $ 4.50 |
| 02-07-2026 | Copies | 10 | $ 2.50 |
| 02-07-2026 | Copies | 3 | $ 0.75 |
| 02-07-2026 | Copies | 30 | $ 7.50 |
| 02-07-2026 | Copies | 60 | $ 15.00 |
| 02-07-2026 | Copies | 54 | $ 13.50 |
| 02-07-2026 | Copies | 27 | $ 6.75 |
| 02-07-2026 | Copies | 12 | $ 3.00 |
| 02-07-2026 | Copies | 18 | $ 4.50 |
| 02-07-2026 | Copies | 3 | $ 0.75 |
| 02-07-2026 | Copies | 3 | $ 0.75 |
| 02-07-2026 | Copies | 21 | $ 5.25 |
| 02-07-2026 | Copies | 18 | $ 4.50 |
| 02-07-2026 | Copies | 9 | $ 2.25 |
| 02-07-2026 | Copies | 72 | $ 18.00 |
| 02-07-2026 | Copies | 36 | $ 9.00 |
| 02-07-2026 | Copies | 6 | $ 1.50 |
| 02-07-2026 | Copies | 3 | $ 0.75 |
| 02-07-2026 | Copies | 3 | $ 0.75 |
| 02-07-2026 | Copies | 3 | $ 0.75 |
| 02-10-2026 | Copies | 68 | $ 17.00 |
| 02-10-2026 | Copies | 12 | $ 3.00 |
| 02-10-2026 | Copies | 7 | $ 1.75 |
| 02-10-2026 | Copies | 3 | $ 0.75 |
| 02-10-2026 | Copies | 18 | $ 4.50 |
| 02-10-2026 | Copies | 12 | $ 3.00 |
| 02-10-2026 | Copies | 2 | $ 0.50 |
| 02-11-2026 | Copies | 6 | $ 1.50 |
| 02-11-2026 | Copies | 24 | $ 6.00 |
| 02-11-2026 | Copies | 102 | $ 25.50 |
| 02-11-2026 | Copies | 15 | $ 3.75 |
| 02-12-2026 | Copies | 3 | $ 0.75 |

| Accounting Date | Cost Code | Units | Amount |
|---|---|---|---|
| 02-12-2026 | Copies | 24 | $ 6.00 |
| 02-12-2026 | Copies | 60 | $ 15.00 |
| 02-12-2026 | Copies | 84 | $ 21.00 |
| 02-12-2026 | Copies | 3 | $ 0.75 |
| 02-12-2026 | Copies | 1 | $ 0.25 |
| 02-13-2026 | Copies | 3 | $ 0.75 |
| 02-16-2026 | Copies | 1 | $ 0.25 |
| 02-16-2026 | Copies | 1 | $ 0.25 |
| 02-24-2026 | Copies | 1 | $ 0.25 |
| 02-26-2026 | Copies | 1 | $ 0.25 |
| 02-26-2026 | Copies | 1 | $ 0.25 |
| | Copies Total | | $ 436.00 |

## OTHER COSTS

| Exhibit | Expense/Vendor | Amount |
|---------|----------------|--------|
| A | Holo Discovery (Video Technician) | $750.00 |
| B | Messenger Service | $180.00 |
| C | Westlaw Research | $6807.89 |
| D | Postage | $30.04 |
| E | Scanning | $5.75 |
|   |   |   |
| TOTAL: |   | $7,773.68 |

# Exhibit A



**HOLO Discovery**
3016 West Charleston Blvd
Suite 170
Las Vegas, NV 89102
702.333-

PAID
11/19/2024

# Invoice

| INVOICE | 22239 |
|---|---|
| DATE | 10/14/2024 |
| TERMS | Net 30 |
| DUE DATE | 11/13/2024 |

**BILL TO**

Marquis Aurbach
10001 Park Run Dr
Las Vegas, NV 89145

| ORDERED BY | CLIENT MATTER | REP |
|---|---|---|
| Taylor | 14687-456 | Jon |

| ACTIVITY | QTY | AMOUNT |
|---|---|---|
| CLIENT MATTER: 14687-456 DeCastro | | |
| Description: Blurred computer/cellphone/notepad screen, bystanders | | |
| | | |
| Video Technician-Per Hour | 5 | 750.00 |
| Project: 36132, Date: 09/27/2024 | | |
| | | |
| Sales Tax | | 0.00 |

| | |
|---|---|
| **Total Due** | $750.00 |
| **Payments/Credits** | -$750.00 |
| **Balance Due** | **$0.00** |

Thank you for your business.  Please make checks payable to HOLO Discovery.
Tax ID:  81-2158838

# Exhibit B

| Accounting Date | Cost Code | Payee | Description | Amount | |
|---|---|---|---|---|---|
| 9/30/2023 | Messenger Service | | | $ | 30.00 |
| 12/15/2023 | Messenger Service | | | $ | 30.00 |
| 2/29/2024 | Messenger Service | | | $ | 30.00 |
| 7/17/2024 | Messenger Service | | | $ | 30.00 |
| 9/30/2024 | Messenger Service | | | $ | 30.00 |
| 10/15/2024 | Messenger Service | | | $ | 30.00 |
| | **Messenger Service Total** | | | $ | 180.00 |

# Exhibit C

| Accounting Date | Cost Code | Payee | Description | Amount |
|---|---|---|---|---|
| 5/31/2023 | Westlaw Research | | | $ 604.44 |
| 6/30/2023 | Westlaw Research | | | $ 657.25 |
| 6/30/2023 | Westlaw Research | | | $ 14.00 |
| 6/30/2023 | Westlaw Research | | | $ 14.00 |
| 7/31/2023 | Westlaw Research | | | $ 345.83 |
| 9/30/2023 | Westlaw Research | | | $ 367.89 |
| 11/30/2023 | Westlaw Research | | | $ 187.67 |
| 12/31/2023 | Westlaw Research | | | $ 892.16 |
| 2/29/2024 | Westlaw Research | | | $ 303.14 |
| 4/30/2024 | Westlaw Research | | | $ 145.25 |
| 6/30/2024 | Westlaw Research | | | $ 307.26 |
| 7/31/2024 | Westlaw Research | | | $ 210.91 |
| 8/31/2024 | Westlaw Research | | | $ 245.10 |
| 9/30/2024 | Westlaw Research | | | $ 94.55 |
| 10/31/2024 | Westlaw Research | | | $ 126.78 |
| 11/30/2024 | Westlaw Research | | | $ 115.36 |
| 6/30/2025 | Westlaw Research | | | $ 126.54 |
| 12/31/2025 | Westlaw Research | | | $ 45.20 |
| 1/31/2026 | Westlaw Research | | | $ 1,465.03 |
| 2/28/2026 | Westlaw Research | | | $ 539.53 |
| | **Westlaw Research Total** | | | $ 6,807.89 |

Exhibit D

| Accounting Date | Cost Code | Units | Amount |
|---|---|---|---|
| 06-05-2023 | Postage | 0 | $ 2.22 |
| 06-23-2023 | Postage | 0 | $ 1.50 |
| 07-06-2023 | Postage | 0 | $ 1.74 |
| 07-06-2023 | Postage | 0 | $ 1.50 |
| 08-04-2023 | Postage | 0 | $ 1.59 |
| 11-16-2023 | Postage | 0 | $ 1.83 |
| 11-20-2023 | Postage | 0 | $ 0.63 |
| 11-28-2023 | Postage | 0 | $ 0.63 |
| 12-01-2023 | Postage | 0 | $ 2.31 |
| 12-04-2023 | Postage | 0 | $ 1.83 |
| 12-04-2023 | Postage | 0 | $ 1.83 |
| 12-12-2023 | Postage | 0 | $ 1.83 |
| 12-12-2023 | Postage | 0 | $ 0.63 |
| 12-11-2023 | Postage | 0 | $ 2.79 |
| 12-28-2023 | Postage | 0 | $ 2.31 |
| 01-02-2024 | Postage | 0 | $ 0.63 |
| 02-12-2024 | Postage | 0 | $ 1.63 |
| 03-04-2024 | Postage | 0 | $ 1.87 |
| 02-26-2026 | Postage | 0 | $ 0.74 |
| | Postage Total | | $ 30.04 |

# Exhibit E

| Accounting Date | Cost Code | Units | Amount | |
|---|---|---|---|---|
| 07-26-2023 | Scanning | 1 | $ | 0.25 |
| 12-11-2023 | Scanning | 1 | $ | 0.25 |
| 12-28-2023 | Scanning | 20 | $ | 5.00 |
| 02-09-2024 | Scanning | 1 | $ | 0.25 |
| | Scanning Total | | $ | 5.75 |