**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00580-APG-EJY<br><br>**NOTICE OF APPEAL** |

    NOTICE IS HEREBY GIVEN that JOSE DECASTRO, Plaintiff, by and through undersigned counsel, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, HEREBY GIVES NOTICE of Plaintiff's appeal to the United States Court of Appeals for the Ninth Circuit, from the Judgment entered in this case ECF 158, filed on February 19, 2026, the verdict, and all prior related rulings of the District Court, resulting in this final judgment.

    Dated this 13th day of March, 2026.

                                            **/s/ Michael Mee, Esq.**
                                            MICHAEL MEE, ESQ.
                                            Nevada Bar #: 13726

1

**CERTFICIATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Plaintiff's NOTICE OF APPEAL was served upon those parties registered to receive electronic service in the above-captioned matter.

Dated this 13th day of March, 2026.

/s/ **Michael Mee, Esq.**
MICHAEL MEE, ESQ.
Nevada Bar #: 13726