**SAO**
**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiff Jose DeCastro*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSE DECASTRO,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE and DOES 1 to 50, inclusive,

Defendants.

Case No.: 2:23-cv-00580-APG-EJY

**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION DEFENDANTS' MOTION FOR ATTORNEY'S FEES (ECF 159) AND BILL OF COSTS  (ECF 160)**

COMES NOW, Plaintiff, JOSE DECASTRO, by and through his attorney of record, MICHAEL MEE, ESQ, and the Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT; STATE OF NEVADA; BRANDEN BOURQUE; JASON TORREY; C. DINGLE; B. SORENSON; JESSE SANDOVAL; OFFICER DOOLITTLE, by and through counsel of record CRAIG R. ANDERSON, ESQ., who jointly hereby submit the following Stipulation to Extend Deadline for Plaintiff's Response to Defendants' Motion for Attorney's Fees (ECF 159) and Bill of Costs (ECF 160).

This extension was requested by counsel for Plaintiff who seeks additional time to prepare responses to the above matters, and has been agreed to by counsel on behalf of the defendants. The parties request that the deadline be extended one-week from March 18, 2026 to March 25, 2026 for Plaintiff's responses.

DATED this 18th day of March, 2026.        DATED this 18th day of March, 2026

/s/ **Michael Mee, Esq.**                    /s/ **Craig R. Anderson, Esq.**
MICHAEL MEE, ESQ.                            CRAIG R. ANDERSON, ESQ.
Nevada Bar Number 13726                      Nevada Bar No. 6882
Counsel for Plaintiff                        Counsel for Defendants

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation to Extend Time for the Filing of Plaintiff's Responses to Defendants' Motion (ECF 159) and Bill of Costs (ECF 160) is GRANTED and Plaintiff shall have through **March 18, 2026** to file responses to those pleadings.

DATED this _____ day of _____, 2026


_____
UNITED STATES DISTRICT COURT