| | |
|---|---|
| **From:** | ACMS@ca9.fedcourts.us |
| **Sent:** | Tuesday, March 17, 2026 11:24 AM |
| **To:** | Appeals Vegas |
| **Subject:** | DeCastro v. Las Vegas Metropolitan Police Department, et al. 26-1594 - 001 - Appeal Opened |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

CAUTION - EXTERNAL:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Ninth Circuit

### Notice of Docket Activity

The following transaction was entered on 03/17/2026 11:22:50 AM PDT and filed on 03/17/2026

**Case Name:** DeCastro v. Las Vegas Metropolitan Police Department, et al.

**Case Number:** 26-1594

**Docket Text:**

**CASE OPENED.** A copy of your notice of appeal / petition filed in 2:23-cv-00580-APG-EJY has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.
The U.S. Court of Appeals docket number **26-1594** has been assigned to this case. All communications with the court must indicate this Court of Appeals docket number. Please carefully review the docket to ensure the name(s) and contact information are correct.  It is your responsibility to alert the court if your contact information changes.
**Resources Available**
For more information about case processing and to assist you in preparing your brief, please review the Case Opening Information (for attorneys and pro se litigants) and review the Appellate Practice Guide.
Attorneys should consider contacting the court's Appellate Mentoring Program for help with the brief and argument. [Entered: 03/17/2026 11:22 AM]

**Notice will be electronically mailed to:**

Mr. Michael Mee ; attorneymichaelmee@gmail.com
Mr. Craig R. Anderson Esquire; canderson@maclaw.com, smong@maclaw.com, ldell@maclaw.com
Nicholas Adams ; smong@maclaw.com, nadams@maclaw.com
Clerk USDC Las Vegas ; Appeals_Vegas@nvd.uscourts.gov

**Case participants listed below will not receive this electronic notice:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.